DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

Joshua Lapin, Pro Se Plaintiff

401 E 8ᵗʰ ST
2   STE 214 PMB 7452
Sioux Falls SD 57103
3

Email: thehebrewhammerjosh@gmail.com
4

Facsimile: (605) 305-3464
5

4/18/2022
6                                  **UNITED STATES DISTRICT COURT**

7                                    **DISTRICT OF SOUTH DAKOTA**

8                                      **IN AND FOR SIOUX FALLS**

9

10  Joshua Lapin                              )   Case No.:  4:22-cv-4058

11  Plaintiff,                                )
                                              )
12      vs.                                   )   **COMPLAINT FOR DAMAGES**
                                              )
13  EverQuote Inc ("EverQuote")              )   **1) VIOLATIONS OF SOUTH DAKOTA**
                                              )
14  "John Doe Sender" dba BuzzBarrelReview.com,  )  **RESTRICTIONS ON UNSOLICITED**
    dzlosurverys.com, emails-jobsdelivered.com, )
15  Entirelybelieve.com, JobsDeliver.com,        )  **COMMERCIAL ELECTRONIC MAIL**
    expectcarecare.com, JobSharkNL.com,          )
16  NationalShopperSurvey.com,                   )  **(108 counts)**
    NationalSurveysOnline.com,                   )
17  exigentmediagroup.com,                       )       **(37-24-41 *et seq*)**
    enrichedtechnologies.com,                    )
18  ConsumerDigitalSurvey.com,                   )
    drivingmarketinggroup.com,
19  surveyandgetpaid.com,
    turnmyheadmediagroup.com,thebestcreditcheck.c
20  om, thefreetree.co, dlzoffers.com,
    nationaldigitalsurvey.com, dealzingo.com,
21  rumorfox.com, PO Box 4668 #85919. New York,     **NO JURY DEMAND**
    NY 10163-4668, PO Box 10188-85919 Newark,
22  New Jersey

23

24  Defendant

25  _____

    _____
26

27

28                                             1
                                        COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2

# **Complaint**

3

4

1.   COMES NOW Plaintiff Joshua Lapin, pro per, complaining against Defendants EverQuote Inc

5

and "John Doe Sender" for 108 separate counts of violations of SDCL  37-24-41 *et seq*, hereinafter

6

("SD Anti-Spam Law"), as follows:

7

# **PARTIES**

8

2.    Plaintiff Joshua Lapin, is and was at all times relevant herein, a citizen of the United States and

9

a legal resident of Sioux Falls, South Dakota, under the states "RESIDENCY AFFIDAVIT FOR

10

SOUTH DAKOTA RESIDENTS WHO TRAVEL AND DO NOT HAVE A RESIDENCE IN

11

ANOTHER STATE" program, which was designed to provide residency for permanent, or

12

perpetual, travelers.  A full-time traveling "digital nomad", who moves from place to place,

13

14

generally internationally, in 30 day cycles, without a permanent residence in or out of the United

15

States, he qualified at all times material for residency under the laws of South Dakota and maintains

16

a "Personal Mail Box" as required.  He maintains a drivers license, voter registration, and Personal

17

Mail Box (PMB) in Sioux Falls, South Dakota, and all three documents list the PMB as his legal

18

address.

19
20

3.    Defendant EverQuote Inc , as best known to Plaintiff, is and was at all times material a

21

22

Cambridge Massachusetts based, Delaware-incorporated corporation.  Per its website

23

everquote.com, it is "The fast, free, and easy way to shop for insurance."  It is in the business of

24

generating [auto] insurance leads for [auto] insurance companies.

25

4. Defendant John Doe Sender, as of the time of the complaint, remains unidentified despite

26

exhaustive efforts to reveal them.  They do business under many ".com" domain names, and send

27

28

"marketing emails" under those domain names including but not necessarily limited to

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1   BuzzBarrelReview.com, dzlosurverys.com, emails-jobsdelivered.com, Entirelybelieve.com,

2   JobsDeliver.com, expectcarecare.com, JobSharkNL.com, NationalShopperSurvey.com,

3   NationalSurveysOnline.com, exigentmediagroup.com, enrichedtechnologies.com,

4   ConsumerDigitalSurvey.com, drivingmarketinggroup.com, surveyandgetpaid.com,

5   turnmyheadmediagroup.com,thebestcreditcheck.com, thefreetree.co, dlzoffers.com,

6   nationaldigitalsurvey.com, dealzingo.com, and also utilize two PO Boxes:  PO Box 4668 #85919.

7   New York, NY 10163-4668 AND PO Box 10188-85919 Newark, New Jersey.  They are currently a

8   business entity of unknown organization.

9

10                                   **FACTS**

11   5.    Plaintiff Joshua Lapin is informed and believes and alleges that he has received no less than 34

12   Unsolicited Commercial Emails ("UCE's") at his email address

13

14   thehebrewhammerjosh@gmail.com, ("HammerUCE's") and additionally, no less than 74 UCE's at

15   his email address ketosoup97@gmail.com, ("KetoSoupUCE's") collectively 108 UCE's.  All

16   UCE's contain one-or-more violations SD Anti-Spam Law, explained in greater detail later in the

17   complaint.

18   6.  Each of the UCE's purport to offer Auto Insurance Quotes to the recipient of the email,

19   presumably in connection to their business model as described in Paragraph 3.

20

21   7.  South Dakota [SD Code § 37-11-1] and Massachusetts [TitleXV, Chapter110, Section5] require

22   dba/fictitious names for many purposes, but as best known to Plaintiff, EverQuote has not registered

23   any of the following names which appear in the 'from' line of the UCE's:  Provide Auto, [The]

24   Protect Auto, Provide Insurance, Cheap Auto Insurance Savings, Cheap Auto Insurance.  The court

25   shall note that these are not purported in the 'subject lines' of the UCE's, rather in the 'from line',

26   and therefore are an [in]accurate reflection of the source of the UCE's and/or the advertiser who

27   benefits from the UCE, whose products are marketed within them.

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

8. Accurate depictions of the 'Hammer UCE's' [received at Plaintiff's email address thehebrewhammerjosh@gmail.com], appear as follows.  Do note that some of the UCE's, which A: no longer appear as they originally did at the time they were sent and fully operational and B: were NOT captured/screenshotted by Plaintiff "in time", appear with blanks and other "missing" sections. Nonetheless, Plaintiff warrants under penalty of perjury under the laws of the states of South Dakota and Massachusetts, that he has brought them before this court in good-faith, plausibly alleging to the best of his knowledge that those emails, too, are UCE's associated with the defendant and are similar in nature to the UCE's which WERE photographed "In time":

(continued next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

8a.

"welcometo ProvideAuto" Inbox

provideInsurance <t.inbox00001@gmail.com> Mar 8, 2021, 1:55 PM
to JOSHUA

| | |
|---|---|
| from: | provideInsurance <t.inbox00001@gmail.com> |
| to: | JOSHUA@aol.com |
| cc: | JOSHUA@aol.com |
| date: | Mar 8, 2021, 1:55 PM |
| subject: | "welcometo ProvideAuto" |
| mailing list: | <6417211.xt.local> Filter messages from this mailing list |
| mailed-by: | udonhostage.impelsour.net |
| signed-by: | gmail.com |
| unsubscribe: | Unsubscribe from this mailing list |
| security: | impelsour.net did not encrypt this message Learn more |

Reply

8b.

WelcomeToCarInsurance Inbox

ProvideInsurance <ubneanit121@gmail.com> Mar 11, 2021, 9:04 PM
to JOSHUA

| | |
|---|---|
| from: | ProvideInsurance <ubneanit121@gmail.com> |
| to: | JOSHUA@aol.com |
| cc: | JOSHUA@aol.com |
| date: | Mar 11, 2021, 9:04 PM |
| subject: | WelcomeToCarInsurance |
| mailing list: | <6417211.xt.local> Filter messages from this mailing list |
| mailed-by: | f170-mail.fleetype.com |
| signed-by: | gmail.com |
| unsubscribe: | Unsubscribe from this mailing list |
| security: | fleetype.com did not encrypt this message Learn more |

r American drivers

Reply

DocuSign Envelope ID: 0D316447-9BA3-4FEC-9901-ECC35334911D

8c

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



8d. (on next page)

6

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

WelcomeToProvideAuto.

Provide*Insurance <frankibella877@gmail.com>
to thehebrewhammerjosh

Mar 25, 2021, 9:32 AM

from: Provide*Insurance <frankibella877@gmail.com>
to: thehebrewhammerjosh@aol.com
cc: thehebrewhammerjosh@aol.com
date: Mar 25, 2021, 9:32 AM
subject: WelcomeToProvideAuto.
mailing list: <8417211.xd.local> Filter messages from this mailing list
mailed-by: any-visual.pinkoutsider.net
signed-by: gmail.com
unsubscribe: Unsubscribe from this mailing list
security: Standard encryption (TLS) Learn more

rance

**Are you paying too much for auto insurance?**

{{first_name}}, Staying with your current car insurance could be costing you hundreds per year. How can you know? Compare up to 3+ auto insurance providers at once to ensure that you're getting the right price for your coverage needs.

GET STARTED

PROVIDE

© 2020 Provide Insurance | PO Box 425788 Cambridge, MA 02142 | Unsubscribe

To unsubscribe please go here or send mail to: SUPERSTAR INTERNET CONSULTANTS 4 MILLS RD #58 NEWCASTLE, MAINE 04553 UNITED STATES

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

8e.

$378.92 For 6Mo.``JOSHUA

ProvideInsurance <ehbnpto8@gmail.com>                    Mar 26, 2021, 12:23 AM
to JOSHUA

### Check if you qualify for savings on auto insurance this winter

Reply      Reply all      Forward

8f.

WelcomeToProvideAuto.

Provide Insurance <yuely.shemxn@gmail.com>                Mar 29, 2021, 10:00 AM
to JOSHUA

Reply      Reply all      Forward

8g. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



8h. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



8i (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

"WelcomeToProvideAuto."

Offers@ProvideInsurance <yamilethardy56@gmail.com>
to Joshua

Apr 29, 2021, 3:54 PM

from: Offers@ProvideInsurance <yamilethardy56@gmail.com>
to: Joshua@aol.com
cc: Joshua@aol.com
date: Apr 29, 2021, 3:54 PM
subject: "WelcomeToProvideAuto."
mailing list: <6417211.xt.local> Filter messages from this mailing list
mailed-by: closet-mail-ash2.adjuvantfarm.net
signed-by: gmail.com
security: Standard encryption (TLS) Learn more

...ance coverage and you could save

**Auto insurance is cheaper than you may think.**

Search rates near:
Zip Code
GO

Shopping around for auto insurance used to be hard, but Provide Insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates

START HERE

Find out which companies in your area are the right fits for you. It s fast, it s free and it s easy. Why wait? The savings start here.

– The Provide Insurance Team

© 2020 [illegible] | PO Box [illegible] Cambridge, MA [illegible] | Unsubscribe

KEYWORD POST - 14406 Union Avenue [illegible] 63 San Jose,CA 95124 US
No more incoming messages will be delivered. Just tell us and within a few days this will update

8j. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



8k. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

WelcomeToCarInsurance

PROVIDEAUTO <kanLRZr.NoReply@dfycfjnwnv.com> May 8, 2021, 1:49 PM (5 days ago)
to Joshua

from: PROVIDEAUTO <kanLRZr.NoReply@dfycfjnwnv.com>
to: Joshua@gmail.com
cc: Joshua@gmail.com
date: May 8, 2021, 1:49 PM
subject: WelcomeToCarInsurance
mailing list: <5417211.xt.local> Filter messages from this mailing list
security: Standard encryption (TLS) Learn more

...gs on auto insurance this winter

**Auto insurance is cheaper than you may think.**

Search rates near:

Zip Code GO

Shopping around for auto insurance used to be hard, but Provide Insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates.

START HERE

Find out which companies in your area are the right fits for you It s fast, it s free and it s easy. Why wait? The savings start here

-- The Provide Insurance Team

© 2020 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

To unsubscribe please go here or send mail to: EVERYDAY APPRENTICE 1317 N SAN FERNANDO BLVD # 567 BURBANK , CA 91504 UNITED STATES

8L. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

ProvideAuto <walkerkamari99@gmail.com> May 11, 2021, 7:51 AM (3 days ago)
to Joshua

from: ProvideAuto <walkerkamari99@gmail.com>
to: Joshua@aol.com
cc: Joshua@aol.com
date: May 11, 2021, 7:51 AM
subject: $176.92 For 3 Mo. "Joshua"
mailing list: <6417211.xt.local> Filter messages from this mailing list
mailed-by: parvia-cam.edgeacual.net
signed-by: gmail.com
security: Standard encryption (TLS) Learn more

...ide Auto Insurance this Winter

cheap auto insurance near me

Auto insurance is cheaper than you may think.

Search rates near:
Zip Code GO

Shopping around for auto insurance used to be hard, but Provide insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates.

START HERE

Find out which companies in your area are the right fits for you. It's fast, it's free and it's easy. Why wait? The savings start here.

– The Provide Insurance Team

INTRODUCTORY WEB COURSE
5704 N ORANGE BLOSSOM TRAIL # 301 ORLANDO, FL 32810 US
To unsubscribe please go here

8M. (next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



8N. (next page)

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

WelcomeToCarInsurance

ProvideAuto <oMiapYR.NoReply@xearoqryij.com> May 13, 2021, 3:51 PM
to Joshua

from: ProvideAuto <oMiapYR.NoReply@xearoqryij.com>
to: Joshua@gmail.com
cc: Joshua@gmail.com
date: May 13, 2021, 3:51 PM
subject: WelcomeToCarInsurance
mailing list: <6417211.xt.local> Filter messages from this mailing list
security: Standard encryption (TLS) Learn more

$38 a month

cheap auto insurance near me

**Auto insurance is cheaper than you may think.**

Search rates near:
Zip Code GO

Shopping around for auto insurance used to be hard, but Provide Insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates.

START HERE

Find out which companies in your area are the right fits for you. It s fast, it s free and it s easy. Why wait? The savings start here.

– The Provide Insurance Team

© 2020 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

KEYWORD POST - 14406 Union Avenue Numb 63 San Jose,CA 95124 US
No more incoming messages will be delivered. Just tell us and within a few days this will update

60.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

From: "Provide- -Insurance" <hmojica2005@gmail.com>
To: Joshua@aol.com
Date: 5/1/2021 2:54:15 PM
Subject: --WelcomeTo ProvideAuto....



**COMPLAINT**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Please press here if you no longer wish to receive messages from us.

DRONE REGISTRATION PORTAL, 338 W BETHALTO DR STE C #168 BETHALTO, IL 62010 US

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6P.

From: "Provide- -Insurance" <hmojica2005@gmail.com>
To: Joshua@aol.com
Date: 5/1/2021 2:54:15 PM
Subject: --WelcomeTo ProvideAuto....

PROVIDE INSURANCE

cheap auto insurance near me

This Spring
Save Up To $610
On Your Auto Insurance

## Stop Overpaying For Your Auto Insurance

Search rates near:
Zip Code GO

Finding the right insurance that fits your budget can be difficult, but we make it easy. Request your personalized car insurance quotes in just minutes. We will match you with insurers that best fit your needs and budget.

GET START NOW

© 2020 Provide Insurance | PO Box 423768 Cambridge, MA 02142 | Unsubscribe



DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

Please press here if you no longer wish to receive messages from us.
DRONE REGISTRATION PORTAL, 333 W BETHALTO DR STE C #155 BETHALTO, IL 62050 US

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6Q.

| | |
|---|---|
| From: | ProvideAuto <alexisforauto@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/19/2021 7:09:52 AM |
| Subject: | Joshua WelcomeTo ProvideAuto. |

**As low as $38/month: Switch auto insurance coverage and you could save**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6R.

| From: | PROVIDEAUTO <mannbranden608@gmail.com> |
| To: | thehebrewhammerjosh@aol.com |
| Date: | 4/30/2021 9:28:25 PM |
| Subject: | $175.92 For 3 Mo. thehebrewhammerjosh |

## Don't miss out on savings. Find out more.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6S.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | ProvideAuto <roadgalotha@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/18/2021 7:14:45 AM |
| Subject: | $175.92 For 3 Mo. Joshua |

## As low as $38 a month

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6T.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | ProvideAuto <alexisforauto@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/19/2021 7:09:52 AM |
| Subject: | Joshua WelcomeTo ProvideAuto. |

**As low as $38/month: Switch auto insurance coverage and you could save**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6U.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**From:**   ProvideAuto <whelertommy@gmail.com>
**To:**   Joshua@aol.com
**Date:**   5/12/2021 9:26:19 AM
**Subject:**   $175.92 For 3 Mo. Joshua

### You're Never too old to enjoy a Saving!

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6V.

| | |
|---|---|
| **From:** | TheProtectAuto <supysingh24@gmail.com> |
| **To:** | Joshua@aol.com |
| **Date:** | 5/18/2021 5:32:07 AM |
| **Subject:** | Joshua WelcomeTo ``ProvideAuto`` |

## <u>Welcome to Provide Auto Insurance</u>



### Are you paying too much for auto insurance?

{{first_name}}, Staying with your current car insurance could be costing you hundreds per year. How can you know? Compare up to 3+ auto insurance providers at once to ensure that you're getting the right price for your coverage needs.





© 2020 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

Health Insurance Apps · 203 N Edgerton St Fairland, IN 46126 United States
If you don't want to receive this type of message, you can unsubscribe from this list

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6W.

| From: | ProvideAuto <ddwb2010@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/17/2021 12:04:11 PM |
| Subject: | $175.92 For 3 Mo. Joshua |

## Welcome To AutoInsurance in 2021

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6X.

| | |
|---|---|
| From: | ProvideAuto™ <meaghan.hanrahan@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 4/25/2021 8:42:32 AM |
| Subject: | Joshua $378.92 For 6Mo.* |

### As low as $38/mo' - for Car Insurance

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6Y.

| | |
|---|---|
| From: | PROVIDEAUTO, <vukhanhhoa100@gmail.com> |
| To: | JOSHUA@aol.com |
| Date: | 5/3/2021 11:07:38 AM |
| Subject: | $175.92 For 3 Mo. "JOSHUA" |

## Policies as Low as $38/mo - Check if you Qualify!

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6Z.

From: ProvideAuto <brademilyr22@gmail.com>
To: Joshua@aol.com
Date: 5/17/2021 8:00:06 PM
Subject: Joshua WelcomeTo ProvideAuto

## $378.92 For 6Mo qyrewysim OF.. . .Auto-Insurance.-..See if You Qualify



Shopping around for auto insurance used to be hard, but Provide Insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates.

START HERE

Find out which companies in your area are the right fits for you. It s fast, it s free and it s easy. Why wait? The savings start here.

-- The Provide Insurance Team

© 2020 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

To unsubscribe please go here or send mail to: EVERYDAY APPRENTICE
1317 N SAN FERNANDO BLVD # 557 BURBANK , CA 91504 UNITED STATES

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6α. (Continuing in Greek Alphabet)

| | |
|---|---|
| From: | ProvideAuto <laurieduncan156@gmail.com> |
| To: | thehebrewhammerjosh@aol.com |
| Date: | 5/7/2021 4:43:11 PM |
| Subject: | $175.92 For 3 Mo. |

### As low as $38/mo for Car Insurance

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6β.

| From: | ProvideAuto <IPkzmQm.NoReply@popckpwac.com> |
|---|---|
| To: | thehebrewhammerjosh@gmail.com |
| Date: | 5/18/2021 2:15:09 AM |
| Subject: | As low as $38/mo for Car Insurance |

### $175.92 For 3 Mo.``thehebrewhammerjosh

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6y.

From:     "Provide Auto" <vumailinh200@gmail.com>
To:       thehebrewhammerjosh@aol.com
Date:     4/4/2021 3:06:52 PM
Subject:  $378.92 For 6Mo.

### As low as $38/mo for Car Insurance



DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6.5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | ProvideInsurance <dgfenix02@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/16/2021 8:51:50 AM |
| Subject: | Welcome To Provide Auto |

**As low as $38/month: Switch auto insurance coverage and you could save**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6.ε

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | ProvideInsurance <dgfenix02@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/18/2021 8:51:50 AM |
| Subject: | WelcomeTo ProvideAuto |

**As low as $38/month: Switch auto insurance coverage and you could save**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6. ζ

| | |
|---|---|
| From: | PROVIDEAUTO <gerenpuchnr@gmail.com> |
| To: | Joshua@aol.com |
| Date: | 5/18/2021 8:48:58 AM |
| Subject: | $378.92 For 6Mo Joshua |

### As low as $38/mo for Car Insurance

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6. η

1

2

From: PROVIDEAUTO <gerenpuchnr@gmail.com>
To: Joshua@aol.com
Date: 5/18/2021 8:48:58 AM
Subject: $378.92 For 6Mo.Joshua

### As low as $38/mo for Car Insurance

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6. θ

| | |
|---|---|
| **From:** | PROVIDEAUTO <gerenpuchnr@gmail.com> |
| **To:** | Joshua@aol.com |
| **Date:** | 5/18/2021 8:48:58 AM |
| **Subject:** | $378.92 For 6Mo.Joshua |

### As low as $38/mo for Car Insurance

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6ι

1

2

3  From:   "☐Provide Insurance☐" <mdOpeGwqBoxMRsytl@DCLVcUR.drivefact.org>
   To:   thehebrewhammerjosh <thehebrewhammerjosh@gmail.com>
4  Date:   5/6/2021 2:37:57 PM
   Subject:   Many American Drivers are Overpaying---0147!

5

6              Provide Insurance | $38 a Month

              Don't Miss Out on Savings!

7          Are you paying too much for auto insurance?

8    Staying with your current car insurance provider could be costing you hundreds per year.

              How can you know?

9  We can help you compare 3 or more auto insurance providers at once to ensure you're getting the right price for your coverage needs.

10            >>Click here to compare quotes now!

11      © 2019 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

6. ι

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**From:** "□Provide Insurance□" <mdOpeGwqBcxMRsytl@DCLVcUR.drivefacl.org>
**To:** thehebrewhammerjosh <thehebrewhammerjosh@gmail.com>
**Date:** 5/6/2021 2:37:57 PM
**Subject:** Many American Drivers are Overpaying---0147!

Provide Insurance | $38 a Month

Don't Miss Out on Savings!

Are you paying too much for auto insurance?

Staying with your current car insurance provider could be costing you hundreds per year.

How can you know?

We can help you compare 3 or more auto insurance providers at once to ensure you're getting the right price for your coverage needs.

>>Click here to compare quotes now!

© 2019 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

7.  The ("KetoSoup UCE's") [those received at ketosoup97@gmail.com], will not be specifically labeled, unlike the ("Hammer UCE's").  Rather, they will all be depicted, in no particular order, as shown below, beginning on the next page:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Don't delay. Find your auto insurance quotes today!
**From:** Cheap Auto Insurance Savings - Quotes for Everyone! <updates@buzzbarrelreview.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Mon, 14 Jun 2021 20:31:53 -0400 (EDT)
**Date Received:** Mon, 14 Jun 2021 17:31:57 -0700 (PDT)

## Auto insurance is cheaper than you think.

Shopping around for auto insurance used to be hard, but Cheap Auto Insurance makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates. Coverage for as low as $38/mo.

## START HERE

Find out which companies in your area are the best fits for you. It's fast, it's free, and it's east. Why wait? The savings start here.

## -- The Cheap Auto Insurance Team

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



To stop receiving messages, please visit here.
Or mail your request to:
Cheap Auto Insurance Savings
PO Box 425768 Cambridge, MA 02142

Unsubscribe

BuzzBurst PO Box 4668 #85919 New York, New York 10163 United States

43
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 27 Jun 2021 17:53:17 -0400 (EDT)
**Date Received**: Sun, 27 Jun 2021 14:53:20 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4858 #85919 New York, New York 10183-4868 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 18 Jun 2021 08:23:06 -0400 (EDT)
**Date Received**: Fri, 18 Jun 2021 05:23:10 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4858 #85919 New York, New York 10163-4858 United States

45
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 30 Jun 2021 13:29:34 -0400 (EDT)
**Date Received**: Wed, 30 Jun 2021 10:29:36 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868 #85919 New York, New York 10163-4868 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** You could save if you switch providers
**From:** Ian atProvide <delivered@emails-jobsdelivered.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Fri, 2 Jul 2021 17:22:53 -0400 (EDT)
**Date Received:** Fri, 2 Jul 2021 14:22:54 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868 #85919 New York, New York 10183-4868 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 7 Jul 2021 07:13:20 -0400 (EDT)
**Date Received**: Wed, 7 Jul 2021 04:19:55 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868 #88919 New York, New York 10163-4868 United States

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 9 Jul 2021 22:12:21 -0400 (EDT)
**Date Received**: Fri, 9 Jul 2021 19:42:23 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868 New York, New York 10183-4868 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 16 Jul 2021 17:44:45 -0400 (EDT)
**Date Received**: Fri, 16 Jul 2021 14:44:47 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868 #85919 New York, New York 10163-4868 United States

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 19 Jul 2021 20:12:47 -0400 (EDT)
**Date Received**: Mon, 19 Jul 2021 17:12:51 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4868        New York, New York 10183-4868 United States

51
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: You could save if you switch providers
**From**: Ian atProvide <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 27 Jul 2021 18:12:28 -0400 (EDT)
**Date Received**: Tue, 27 Jul 2021 15:42:30 -0700 (PDT)



© 2020 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

Jobs Delivered PO Box 4668      New York, New York 10163-4668 United States

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** Find The Right Auto Insurance Quote Match For You.
**From:** CheapAutoInsurance <contact@dzlosurverys.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Thu, 17 Jun 2021 23:03:39 -0700
**Date Received:** Thu, 17 Jun 2021 23:15:31 -0700 (PDT)





To opt-out click here
Or write to: CheapAutoInsurance POBox425768CambridgeMA02142

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Do You Have The Right Coverage?
**From**: CheapAutoInsurance <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 15 Jun 2021 17:38:27 -0700
**Date Received**: Tue, 15 Jun 2021 17:40:21 -0700 (PDT)



## Don't Miss Out on Savings

### Explore your Options with Quick and Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once and discover savings up to $600? You can! Start here and begin to discover what your savings could be.

**Compare My Quotes Today →**



To opt-out click here
Or write to: CheapAutoInsurance POBox425768CambridgeMA02142

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** Do You Have The Right Coverage?
**From:** CheapAutoInsurance <contact@entirelybelieve.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 23 Jun 2021 09:16:40 -0700
**Date Received:** Wed, 23 Jun 2021 09:21:31 -0700 (PDT)



## Don't Miss Out on Savings

### Explore your Options with Quick and Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once and discover savings up to $800? You can! Start here and begin to discover what your savings could be.



Compare My Quotes
Today →



To opt-out click here.
Or write to: CheapAutoInsurance POBox425788CambridgeMA02142

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Find The Right Auto Insurance Quote Match For You.
**From**: CheapAutoInsurance <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 24 Jun 2021 17:59:03 -0700
**Date Received**: Thu, 24 Jun 2021 18:01:07 -0700 (PDT)



To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 14 Jun 2021 08:08:32 -0700
**Date Received**: Mon, 14 Jun 2021 08:36:18 -0700 (PDT)



Cheap Auto Insurance Savings makes it fast and easy to compare multiple rates from top insurers in your area. No obligation necessary and free to use!

**Get Started**

To opt-out click here.
Or write to: PO Box 4668 #65919, NYNY 10163

To unsubscribe, click here

57
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Compare Your Options! <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 14 Jun 2021 22:42:04 -0400
**Date Received**: Mon, 14 Jun 2021 19:49:28 -0700 (PDT)



Copyright © 2021, Cheap Auto Insurance Savings All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings <contact@nationalshoppersurvey.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 16 Jun 2021 14:23:53 -0700
**Date Received:** Wed, 16 Jun 2021 14:26:39 -0700 (PDT)



CHEAP AUTO INSURANCE
**SAVINGS**

cheap auto insurance near me

## Auto insurance is cheaper than you may think.

Search rates near:

Zip Code    GO

Shopping around for auto insurance used to be hard, but Cheap Auto Insurance Savings makes it easy. In just minutes, we use our consumer alignment technology to match you with top carriers at low rates.

**START HERE**

Find out which companies in your area are the right fits for you. It's fast, it's free, and it's easy. Why wait? The savings start here.          - The Cheap Auto Insurance Savings Team

To opt-out click here
Or write to: PO Box 4668 #95919, NYNY 10163

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 15 Jun 2021 09:07:35 -0700
**Date Received**: Tue, 15 Jun 2021 09:32:41 -0700 (PDT)



## Don't Miss Out on Savings

### Are you paying too much for auto insurance?

{{first_name}}, Staying with your current car insurance could be costing you hundreds per year. How can you know? Compare up to 3+ auto insurance providers at once to ensure that you're getting the right price for your coverage needs.

GET STARTED




To opt-out click here
Or write to: PO Box 4868 #55919, NYNY 10163

To unsubscribe, click here

60
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2      **Subject:** Don't miss out on savings. Find out more.
       **From:** Cheap Auto Insurance Savings - Quick and Easy Insurance Quotes
3      <info@jobsdeliver.com>
       **To:** ketosoup97@gmail.com
4      **Date Sent:** Sat, 19 Jun 2021 19:33:32 -0400 (EDT)
       **Date Received:** Sat, 19 Jun 2021 16:33:33 -0700 (PDT)
5
                                              ▢
6      © 2021 Cheap Auto Insurance Savings | PO Box 425738 Cambridge, MA 021421 period

7      If you no longer wish to receive our emails, click the link below:
        Unsubscribe
8
       Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
9      States

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Quotes for Everyone!
<updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sat, 19 Jun 2021 22:31:30 -0400 (EDT)
**Date Received**: Sat, 19 Jun 2021 19:31:32 -0700 (PDT)



CHEAP AUTO INSURANCE
SAVINGS

## QUOTE ONLINE.
## RATES AS LOW
## AS $38/MONTH.

© 2021 Cheap Auto Insurance Savings | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

BuzzBarrel PO Box 4668 #85019 New York, New York 10163 United States.

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Compare Your Options! <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Sun, 20 Jun 2021 20:04:09 -0400
**Date Received**: Sun, 20 Jun 2021 17:10:26 -0700 (PDT)



Copyright © 2021, Cheap Auto Insurance Savings All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Subject**: Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings - Compare Your Options!
<updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 22 Jun 2021 11:06:20 -0700
**Date Received**: Tue, 22 Jun 2021 11:35:37 -0700 (PDT)



© 2021 Cheap Auto Insurance Savings | 210 Broadway, Cambridge, MA 02139 | opt out

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2

3

4

**Subject**: Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 23 Jun 2021 15:20:06 -0700
**Date Received**: Wed, 23 Jun 2021 15:22:35 -0700 (PDT)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23



# Don't Miss Out on Savings

### Are you paying too much for auto insurance?

{{first_name}}, Staying with your current car insurance could be costing you hundreds per year. How can you know? Compare up to 3+ auto insurance providers at once to ensure that you're getting the right price for your coverage needs.

GET STARTED



To opt-out click here
Or write to: PO Box 4868 #85919, NYNY 10163

To unsubscribe, click here

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject:** Don't delay. Find your auto insurance quotes today!
3   **From:** Cheap Auto Insurance Savings - Quotes for Everyone!
    <updates@buzzbarrelreview.com>
    **To:** ketosoup97@gmail.com
4   **Date Sent:** Thu, 24 Jun 2021 18:02:55 -0400 (EDT)
    **Date Received:** Thu, 24 Jun 2021 15:02:57 -0700 (PDT)

5

6                           **EVERQUOTE**

7

8

9

10

11         Quote online and get
12         an instant 12% or more
13              off your price.

14

15

16

17

18

19      © 2021 Cheap Auto Insurance Savings | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

20                              Unsubscribe

        BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States
21

22

23

24

25

26

27

28
                                    66
                                COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Compare Your Options! <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Fri, 25 Jun 2021 18:03:53 -0400
**Date Received**: Fri, 25 Jun 2021 15:15:45 -0700 (PDT)



Copyright © 2021, Cheap Auto Insurance Savings All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

67
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject**: Don't delay. Find your auto insurance quotes today!
    **From**: Cheap Auto Insurance Savings - Insurance Quotes For Your Needs!
3   <updates@buzzbarrelreview.com>
    **To**: ketosoup97@gmail.com
    **Date Sent**: Mon, 5 Jul 2021 06:31:57 -0400 (EDT)
4   **Date Received**: Mon, 5 Jul 2021 03:31:58 -0700 (PDT)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23



# Don't Miss Out on Savings

## Explore your Options with Quick and Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once and discover savings up to $600? You can! Start here and begin to discover what your savings could be.

**Compare My Quotes Today →**



© 2021 Cheap Auto Insurance Savings | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Unsubscribe

BuzzBarrel PO Box 4858 #35918 New York, New York 10163 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Insurance Quotes For Your Needs!
<updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 11 Jul 2021 06:31:19 -0400 (EDT)
**Date Received**: Sun, 11 Jul 2021 03:31:21 -0700 (PDT)



## Explore your Options with Quick and Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once and discover savings up to $600? You can! Start here and begin to discover what your savings could be.

Compare My Quotes
Today →



© 2021 Cheap Auto Insurance Savings | PO Box 425768 Cambridge, MA 02142 |
Unsubscribe

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

Unsubscribe

BuzzSumo| PO Box 4668 #65918 New York, New York 10163 United States

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't Miss Out On Savings. Find Out More.
**From**: Cheap Auto Insurance Savings <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 28 Jun 2021 10:23:21 -0700
**Date Received**: Mon, 28 Jun 2021 10:42:56 -0700 (PDT)



# SAVE ON
# AUTO INSURANCE

Cheap Auto Insurance Savings makes it fast and easy to
compare multiple rates from top insurers in your area.
No obligation necessary and free to use!



Click Here For More Information

To opt-out click here
Or write to: PO Box 4668 #55919, NYNY 10163

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2
**Subject**: Don't Miss Out On Savings. Find Out More.

3
**From**: Cheap Auto Insurance Savings <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 29 Jun 2021 13:11:25 -0700

4
**Date Received**: Tue, 29 Jun 2021 13:21:32 -0700 (PDT)

5

6


7

8

9

10

11

12

13

14
### Isn't Time You Found

15
### Affordable Rates?

16
In a few simple steps, you can compare 3+ auto
insurers at once, find out what savings are available,

17
and talk to an agent about securing your coverage!

18
-Your **Cheap Auto Insurance Savings** Team

19


To unsubscribe, click here

20

21

22

23

24

25

26

27

28

73
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2

3

4

**Subject:** Don't Miss Out On Savings. Find Out More.
**From:** Cheap Auto Insurance Savings <contact@nationalshoppersurvey.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 30 Jun 2021 07:16:32 -0700
**Date Received:** Wed, 30 Jun 2021 07:18:32 -0700 (PDT)

5

6

7

8

9

10

11

12

13

14



15

16

17

18

19

20

To unsubscribe, click here

21

22

23

24

25

26

27

28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2 **Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Insurance Quotes For Your Needs!
3 <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
4 **Date Sent**: Wed, 30 Jun 2021 11:52:09 -0400 (EDT)
**Date Received**: Wed, 30 Jun 2021 08:52:11 -0700 (PDT)

5

6 **EVERQUOTE**

7

8

9 # Quote online and get
an instant 12% or more
10 off your price.

11

12

13

14

15

16

17

18 © 2021 Cheap Auto Insurance Savings | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

19 Unsubscribe

20 BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States

21

22

23

24

25

26

27

28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Compare Your Options! <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Wed, 30 Jun 2021 19:34:56 -0400
**Date Received**: Wed, 30 Jun 2021 16:45:28 -0700 (PDT)

5
6
7
8
9
10
11
12
13
14
15
16
17



18
19
20

Copyright © 2021, Cheap Auto Insurance Savings All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

21
22
23

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

24
25
26
27
28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Find The Right Auto Insurance Quote Match For You.
**From**: Cheap Auto Insurance Savings - Compare Your Options! <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 01 Jul 2021 20:30:13 -0700
**Date Received**: Thu, 1 Jul 2021 20:42:58 -0700 (PDT)



© 2021 Cheap Auto Insurance Savings | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** Don't miss out on savings. Find out more.
**From:** Cheap Auto Insurance Savings - Quick and Easy Insurance Quotes
<info@jobsdeliver.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Fri, 2 Jul 2021 14:35:30 -0400 (EDT)
**Date Received:** Fri, 2 Jul 2021 11:35:32 -0700 (PDT)

---

© 2021 CheapAutoInsuranceSavingsPOBox4668#25768CanotingaMWW1421 Unsubscribe

If you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Compare Your Options! <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 5 Jul 2021 22:07:46 -0400
**Date Received**: Mon, 5 Jul 2021 19:14:10 -0700 (PDT)



Copyright © 2021, Cheap Auto Insurance Savings All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2      **Subject:** Don't miss out on savings. Find out more.
       **From:** Cheap Auto Insurance Savings - Quotes for Everyone! <info@jobsdeliver.com>
3      **To:** ketosoup97@gmail.com
       **Date Sent:** Thu, 8 Jul 2021 18:36:58 -0400 (EDT)
4      **Date Received:** Thu, 8 Jul 2021 15:36:59 -0700 (PDT)

5
                              © 2021 CheapAutoInsuranceSavings/POBox/A25786Comes/Adopt/MA021421 Unsubscribe
6

7      If you no longer wish to receive our emails, click the link below:
        Unsubscribe
8
       Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
       States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject**: Don't delay. Find your auto insurance quotes today!
    **From**: Cheap Auto Insurance Savings - Quotes for Everyone! <info@jobsharknl.com>
3   **To**: ketosoup97@gmail.com
    **Date Sent**: Wed, 7 Jul 2021 07:22:16 -0400 (EDT)
4   **Date Received**: Wed, 7 Jul 2021 04:22:17 -0700 (PDT)

5



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Subject:** Don't delay. Find your auto insurance quotes today!
**From:** Cheap Auto Insurance Savings - Compare Your Options! <info@jobsharknl.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Sat, 10 Jul 2021 09:59:16 -0400 (EDT)
**Date Received:** Sat, 10 Jul 2021 06:59:18 -0700 (PDT)

### Cheap Auto Insurance

Auto insurance is cheaper than you think.

Shopping around for auto insurance used to be hard, but Cheap
Auto Insurance makes it easy. In just minutes, we use our
consumer alignment technology to match you with top carriers at
low rates. Coverage for as low as $38/mo.

START HERE

Find out which companies in your area are the best fits for you.
It's fast, it's free, and it's east. Why wait? The savings start here.

-- The Cheap Auto Insurance Team

To stop receiving messages, please visit here.
Or mail your request to:
Cheap Auto Insurance Savings
PO Box 425768 Cambridge, MA 02142

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Don't delay. Find your auto insurance quotes today!
**From:** Cheap Auto Insurance Savings - Compare Your Options!
    <updates@buzzbarrelreview.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Sun, 18 Jul 2021 22:48:35 -0400 (EDT)
**Date Received:** Sun, 18 Jul 2021 19:48:36 -0700 (PDT)

**Cheap Auto Insurance**

Auto insurance does not have to be expensive.

Instead of going to individual insurance companies one by one to try and find the best coverage, why not use Cheap Auto Insurance? It's a free, unbiased source for competitive quotes from top carriers. Coverage for as low as $38/mo.

COMPARE QUOTES

Using our proprietary consumer alignment technology, we find the companies in your area that are a good fit for you. It's fast, it's free, and it's easy. Why wait? With average savings of up to $610 a year, the savings start here.

-- The Cheap Auto Insurance Team

To stop receiving messages, please visit here.
Or mail your request to:
Cheap Auto Insurance Savings
PO Box 425768 Cambridge, MA 02142


If you no longer wish to receive our emails, click the link below:
 Unsubscribe

BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Quotes for Everyone! <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 16 Jul 2021 17:29:49 -0400 (EDT)
**Date Received**: Fri, 16 Jul 2021 14:59:51 -0700 (PDT)

# Don't Miss Out on Savings

### Are you paying too much for auto insurance?

{{first_name}}, Staying with your current car insurance could be costing you hundreds per year. How can you know? Compare up to 3+ auto insurance providers at once to ensure that you're getting the right price for your coverage needs.





Questions? Please contact us at Cheap Auto Insurance Savings
210 Broadway, Cambridge, MA 02139
© 2021 Cheap Auto Insurance Savings
Tired of our emails? Unsubscribe with a click.

Unsubscribe

Job Shark PO Box 10156-85919 Newark, New Jersey 07101 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4

**Subject**: Don't delay. Find your auto insurance quotes today!
**From**: Cheap Auto Insurance Savings - Quotes for Everyone! <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 19 Jul 2021 07:43:51 -0400 (EDT)
**Date Received**: Mon, 19 Jul 2021 04:43:53 -0700 (PDT)

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21
22
23
24
25
26
27
28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2     **Subject:** Don't miss out on savings. Find out more.
     **From:** Cheap Auto Insurance Savings - Compare Your Options! <info@jobsdeliver.com>

3      **To:** ketosoup97@gmail.com
     **Date Sent:** Wed, 21 Jul 2021 16:34:17 -0400 (EDT)

4      **Date Received:** Wed, 21 Jul 2021 13:34:20 -0700 (PDT)

5          © 2021 CheapAutoInsuranceSavings | PO Box #85919 Cambridge MA 02142 | Unsubscribe

6

7     If you no longer wish to receive our emails, click the link below:
     Unsubscribe

8     Plan Your Future Co PO Box 4668 #85919 #85919 New York, New York 10163-4668 United
     States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject:** Don't miss out on savings. Find out more.
    **From:** Cheap Auto Insurance Savings - Insurance Quotes For Your Needs!
3   <info@jobsdeliver.com>
    **To:** ketosoup97@gmail.com
    **Date Sent:** Mon, 26 Jul 2021 16:32:01 -0400 (EDT)
4   **Date Received:** Mon, 26 Jul 2021 13:32:03 -0700 (PDT)

5

6   © 2021 Cheap Auto Insurance Savings | PO Box 4257&8Cambridge MA02142 | Unsubscribe

7   If you no longer wish to receive our emails, click the link below:
    Unsubscribe

8   Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
    States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2 **Subject**: Save money on your auto insurance in 2021
**From**: Provide Insurance <newsletter@rumorfox.com>
3 **To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 14 Jun 2021 00:05:45 -0400
4 **Date Received**: Sun, 13 Jun 2021 21:14:37 -0700 (PDT)

5 

6

7

8

9

10

11

12

13

14 Provide Insurance makes it fast and easy to compare multiple rates from top
insurers in your area. No obligation necessary and free to use!
15

16 **Get Started**

17 Copyright © 2020, Provide Insurance All rights reserved.

18 Our mailing address is:
210 Broadway, Cambridge, MA 02139

19 Please unsubscribe here to opt out of future e-mailings.

20

21 This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe
22

23

24

25

26

27

28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Car Insurance For As Low As $63/Mo
**From**: Provide Insurance <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 15 Jun 2021 09:15:33 -0700
**Date Received**: Tue, 15 Jun 2021 09:17:11 -0700 (PDT)



To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 17 Jun 2021 09:10:46 -0700
**Date Received**: Thu, 17 Jun 2021 09:18:50 -0700 (PDT)



© 2021 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Opt-out

To unsubscribe, click here

90

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 15 Jun 2021 11:09:39 -0700
**Date Received**: Tue, 15 Jun 2021 11:44:00 -0700 (PDT)



Provide Insurance makes it fast and easy to compare multiple rates from top insurers in your area. No obligation necessary and free to use!

Get Started

© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 17 Jun 2021 09:27:51 -0700
**Date Received**: Thu, 17 Jun 2021 09:28:41 -0700 (PDT)



To unsubscribe, click here

92

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 18 Jun 2021 08:06:41 -0700
**Date Received**: Fri, 18 Jun 2021 08:08:44 -0700 (PDT)



## Save up to $610/year Today! Quick & Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once save up to $600? You can! Start here and begin to count your savings.

Find My Quotes Today →



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

To unsubscribe, click here

93

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Auto Insurance For As Low As $63 Per Month
**From**: "Meredith @ Provide Insurance" <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 18 Jun 2021 09:34:28 -0700
**Date Received**: Fri, 18 Jun 2021 09:37:12 -0700 (PDT)



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

94

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2  **Subject:** Are you sure that you're saving as much as you could?
   **From:** Provide Insurance <info@jobsdeliver.com>
3  **To:** ketosoup97@gmail.com
   **Date Sent:** Tue, 27 Jul 2021 21:32:05 -0400 (EDT)
4  **Date Received:** Tue, 27 Jul 2021 18:32:07 -0700 (PDT)

5  ☐

6  © 2021 Provide Insurance | PO Box 425768 Cambridge MA 02142 | Unsubscribe

7  If you no longer wish to receive our emails, click the link below:
    Unsubscribe

8  Plan Your Future Co PO Box 4668 #85919 #85919 New York, New York 10163-4668 United
   States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Affordable auto insurance for American drivers
**From**: "Ian @ Provide Insurance" <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 14 Jul 2021 09:32:20 -0400 (EDT)
**Date Received**: Wed, 14 Jul 2021 06:34:10 -0700 (PDT)



© 2021 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

Unsubscribe

Buzzbarrel PO Box 4059 #00476 New York, New York 10163 United States

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Are you paying too much for your auto insurance?
**From:** Provide Insurance - Auto Insurance <info@jobsdeliver.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Fri, 23 Jul 2021 23:31:53 -0400 (EDT)
**Date Received:** Fri, 23 Jul 2021 21:01:55 -0700 (PDT)

© 2021 ProvideInsurance | PO Box 425768 Cambridge MA 02142 | Unsubscribe

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
States

**COMPLAINT**

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject:** Are you leaving money on the table?
    **From:** Provide Insurance <info@jobsdeliver.com>
3   **To:** ketosoup97@gmail.com
    **Date Sent:** Wed, 14 Jul 2021 09:33:39 -0400 (EDT)
4   **Date Received:** Wed, 14 Jul 2021 06:34:39 -0700 (PDT)

5
                                    Questions? Please contact us at Provide Insurance
6                                   PO Box 425768 | Cambridge, MA 02142
                                    © 2021 Provide Insurance
7                                   Tired of our emails? Unsubscribe with a click.

8   If you no longer wish to receive our emails, click the link below:
    Unsubscribe
9
    Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
10  States

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            98
                                         COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2  **Subject:** As low as $2.25/day: Switch auto insurance coverage and you could save
   **From:** "Job @ Provide Insurance" <info@jobsharknl.com>
3  **To:** ketosoup97@gmail.com
   **Date Sent:** Mon, 12 Jul 2021 20:59:24 -0400 (EDT)
4  **Date Received:** Mon, 12 Jul 2021 17:59:26 -0700 (PDT)

5

6  

7

8

9

10  **FAST. FREE. EASY.**

11  Way to shop for insurance!

12  Enter Your Zip

13  Continue

14

15

16

17  esurance    AAA Insurance    FARMERS INSURANCE    MERCURY INSURANCE

18  © 2021 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

19  Unsubscribe

20  Job Shark PO Box 10788-89879 Newark, New Jersey 07101 United States

21

22

23

24

25

26

27

28
                                        99
                                     COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Are you paying too much for your auto insurance?
**From:** Provide Insurance <info@jobsdeliver.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Tue, 6 Jul 2021 14:34:54 -0400 (EDT)
**Date Received:** Tue, 6 Jul 2021 11:34:55 -0700 (PDT)

☐

© 2021 Provide Insurance |POBox425768CambridgeMA02142| Unsubscribe

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
States

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: As low as $63 per month: Switch auto insurance coverage and you could save
**From**: Provide Insurance <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 6 Jul 2021 03:59:42 -0400 (EDT)
**Date Received**: Tue, 6 Jul 2021 00:59:44 -0700 (PDT)



© 2021 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Unsubscribe

Unsubscribe

Job Shark PO Box 10766-80810 Newark, New Jersey 07101 United States.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Are you paying too much for your auto insurance?
**From**: "Meredith @ Provide Insurance" <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 5 Jul 2021 09:50:55 -0400 (EDT)
**Date Received**: Mon, 5 Jul 2021 06:50:56 -0700 (PDT)



**CAR INSURANCE DESIGNED FOR YOU**

Provide Insurance makes it fast and easy to compare multiple rates from top insurers in your area. No obligation necessary and free to use!

Click Here For More Information

© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Unsubscribe

Unsubscribe

BuzzBarrel PO Box 4658 685919 New York, New York 10163 United States

102
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 02 Jul 2021 08:10:27 -0700
**Date Received**: Fri, 2 Jul 2021 08:13:08 -0700 (PDT)



## New Season, New Savings!

### Save up to $610/year Today! Quick & Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once and save up to $600? You can! Start here and begin to count your savings.

Find My Quotes Today →



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Auto Insurance For As Low As $63 Per Month
**From**: "Meredith @ Provide Insurance" <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 02 Jul 2021 06:32:03 -0700
**Date Received**: Fri, 2 Jul 2021 06:47:42 -0700 (PDT)



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Auto Insurance For As Low As $15.75 A Week
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 01 Jul 2021 09:30:12 -0700
**Date Received**: Thu, 1 Jul 2021 09:32:06 -0700 (PDT)

# Don't Miss Out on Savings

## Are you paying too much for auto insurance?

Could you use some extra cash this summer? Staying with your current car insurance could be costing you hundreds per year. You could compare 3+ auto insurance providers at once and discover savings up to $600! Start here and begin to see your savings.





To unsubscribe, click here

105

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2 **Subject**: Auto Insurance For As Low As $2.25 Per Day
**From**: Provide Insurance <contact@nationalshoppersurvey.com>
3 **To**: ketosoup97@gmail.com
**Date Sent**: Thu, 01 Jul 2021 09:18:21 -0700
4 **Date Received**: Thu, 1 Jul 2021 09:19:38 -0700 (PDT)

5 

6

7

8

9 

10

11

12

13

14

15

16

17

18

19 Click Here For More Information

20 © 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

21 To unsubscribe, click here

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** Car Insurance For As Low As $2.25/Day
**From:** Provide Insurance <contact@nationalshoppersurvey.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Tue, 29 Jun 2021 16:13:31 -0700
**Date Received:** Tue, 29 Jun 2021 16:27:57 -0700 (PDT)



© 2021 Provide Insurance | PO Box 425768 Cambridge, MA 02142 | Opt-out

To unsubscribe, click here

107

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Auto Insurance For As Low As $63 Per Month
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 29 Jun 2021 15:23:42 -0700
**Date Received**: Tue, 29 Jun 2021 15:25:40 -0700 (PDT)

# Don't Miss Out on Savings



## Are you paying too much for auto insurance?

Could you use some extra cash this summer? Staying with your current car insurance could be costing you hundreds per year. You could compare 3+ auto insurance providers at once and discover savings up to $600! Start here and begin to see your savings.

Compare My Quotes
Today →



© 2021 Provide Initiatives | PO Box 425788 Cambridge, MA 02142 | Opt out

To unsubscribe, click here

108
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Save money on your auto insurance in 2021
**From**: Provide Insurance <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 28 Jun 2021 00:51:14 -0400
**Date Received**: Sun, 27 Jun 2021 21:56:56 -0700 (PDT)



Provide Insurance makes it fast and easy to compare multiple rates from top insurers in your area. No obligation necessary and free to use!

**Get Started**

Copyright © 2020, Provide Insurance All rights reserved.

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2   **Subject:** Are you sure that you're saving as much as you could?
   **From:** Provide Insurance <info@jobsdeliver.com>
3   **To:** ketosoup97@gmail.com
   **Date Sent:** Fri, 25 Jun 2021 16:31:40 -0400 (EDT)
4   **Date Received:** Fri, 25 Jun 2021 13:31:42 -0700 (PDT)

5
   © 2021 Provide Insurance | POBox425768CambridgeMA02142 | Unsubscribe
6

7   If you no longer wish to receive our emails, click the link below:
   Unsubscribe

8   Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United
   States
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Car Insurance For As Low As $63/Mo
**From**: Provide Insurance <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 25 Jun 2021 10:06:01 -0700
**Date Received**: Fri, 25 Jun 2021 10:29:48 -0700 (PDT)



## Save up to $610/year Today! Quick & Easy Free Quotes

Staying with your current car insurance could be costing you hundreds per year. What if you could compare 3+ auto insurance providers at once save up to $600? You can! Start here and begin to count your savings.





© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject:** Auto Insurance For As Low As $63 Per Month
**From:** "Meredith @ Provide Insurance" <contact@dzlosurverys.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Fri, 25 Jun 2021 06:34:49 -0700
**Date Received:** Fri, 25 Jun 2021 06:38:35 -0700 (PDT)



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | Opt-out

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 24 Jun 2021 09:07:25 -0700
**Date Received**: Thu, 24 Jun 2021 09:12:48 -0700 (PDT)

# Don't Miss Out on Savings



## Are you paying too much for auto insurance?

Could you use some extra cash this summer? Staying with your current car insurance could be costing you hundreds per year. You could compare 3+ auto insurance providers at once and discover savings up to $600! Start here and begin to see your savings.





To opt-out click here.
Or write to: PO Box 4668 #85919, NYNY 10163

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 24 Jun 2021 09:07:25 -0700
**Date Received**: Thu, 24 Jun 2021 09:12:48 -0700 (PDT)

# Don't Miss Out on Savings



## Are you paying too much for auto insurance?

Could you use some extra cash this summer? Staying with your current car insurance could be costing you hundreds per year. You could compare 3+ auto insurance providers at once and discover savings up to $600! Start here and begin to see your savings.





To opt-out click here.
Or write to: PO Box 4668 #85919, NYNY 10163

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Car Insurance For As Low As $63/Mo
**From**: Provide Insurance <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 22 Jun 2021 17:13:49 -0700
**Date Received**: Tue, 22 Jun 2021 17:24:41 -0700 (PDT)



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

To unsubscribe, click here

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject:** Are you paying too much for your auto insurance?
**From:** Provide Insurance <info@jobsdeliver.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Tue, 22 Jun 2021 16:33:46 -0400 (EDT)
**Date Received:** Tue, 22 Jun 2021 13:33:49 -0700 (PDT)

Questions? Please contact us at Provide Insurance
POBox425768 | CambridgeMA02142
© 2021 Provide Insurance
Tired of our emails? optout with a click.

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 22 Jun 2021 11:09:20 -0700
**Date Received**: Tue, 22 Jun 2021 11:18:25 -0700 (PDT)



# SAVE ON
# AUTO INSURANCE

Provide Insurance makes it fast and easy to
compare multiple rates from top insurers in your area.
No obligation necessary and free to use!



### Click Here For More Information

© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

To unsubscribe, click here

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Subject**: Save money on your auto insurance in 2021
**From**: Provide Insurance <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 21 Jun 2021 17:57:07 -0400
**Date Received**: Mon, 21 Jun 2021 15:01:58 -0700 (PDT)



Provide Insurance makes it fast and easy to compare multiple rates from top insurers in your area. No obligation necessary and free to use!

**Get Started**

Copyright © 2020, Provide Insurance All rights reserved

Our mailing address is:
210 Broadway, Cambridge, MA 02139

Please unsubscribe here to opt out of future e-mailings.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

8. In the 100+ page Paragraphs 6 and 7, which consists of photos of all the UCE's, Plaintiff warrants that he put fourth his best effort to manage, organize, and display the UCE's. However, in the event that there are unintended errors, duplicates, or omissions of the UCE's, Plaintiff can remedy any such error(s), upon being granted leave to amend. Nonetheless Plaintiff warrants his good-faith effort to capture and illustrate the UCE's which are material to this complaint, and further he warrants it took a lot of time and effort to put together the photos in Paragraphs 6 and 7.

9. Upon information and belief, the KetoSoup UCE's were sent by John Doe Sender under the following dba's appearing in the "FROM" line of the emails: delivered@emails-jobsdelivered.com, info@jobsharknl.com, updates@nationalsurveysonline.com, contact@nationalshoppersurvey.com, updates@buzzbarrelreview.com, updates@expectcarecare.com, newsletter@rumorfox.com. These domains are referred to hereinafter, individually or collectively, as ( "From Domain(s)" ). Plaintiff leaves open the possibility that additional dba's were used in the sending of these UCE's.

10. All of the FROM Domains of the KetoSoup UCE's are untraceable by a whois search. For some, the "registrant" is redacted, and for others it is listed as "DLZ Offers", which Plaintiff has not been able to associate with any person or business entity which can be held accountable, despite his exhaustive efforts. This is very important, as caselaw surrounding the "traceability of the sending domain through a whois search" suggests that untraceable sending domains constitute a forged header pursuant to caselaw of California Business and Professions Code 17529.5 ("California Anti-Spam Law") which is nearly identical to SD Anti-Spam Law, almost copy-and-paste as it relates to the relevant sections which are material to this complaint. (*Balsam V Trancos*) and (*Greenberg V Digital Media Solutions*) and many other cases finding, *inter alia*, that untraceable-by-whois 'sending domains' constitute a materially forged header, as is relevant to the section, and further

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

that the ("Advertiser") is strictly liable the untraceable "from domains" in emails sent by the ("Sender") or ("Initiator") *Greenberg V Digital Media Solutions.*

11. For sites in which the whois data references a "registrant organization" of "DLZ Offers" or "consumer concierge"and the address PO Box 4668 #85919 and an email address of "info@dlzoffers.com"...these are still untraceable as:

a) "DLZ Offers" and "consumer concierge" and "Lincoln Smith "are not a business entity-or-person which can be held accountable, or located at the address provided (if any). Plaintiff has not been able to find a business entity, dba, or tradename of "DLZ Offers" or "consumer concierge" anywhere, in the state of New York nor anywhere he has looked, despite his exhaustive efforts.

b) The websites with this whois data do not contain the name of the business or entity behind them. Further, the terms&conditions on these websites (which are near-identical to each other), do not contain the name of the person(s) or entit(ies) behind them. Therefore, all these months later, they are still "John Doe Sender".

12. Whois Data for the ketosoup UCE sending domains is shown below:


# (continued next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

12a. Whois Record For Emails-JobsDelivered.com:

3/6/2022                                          Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

**— Website**

| Website Title | None given. |
|---|---|

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: emails-jobsdelivered.com
Registry Domain ID: 2459945556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:16:24Z
Creation Date: 2019-11-26T18:48:09Z
Registrar Registration Expiration Date: 2022-11-26T18:48:09Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

12b. Whois Record For jobsharknl.com:

| 3/6/2022 | JobsharknI.com WHOIS, DNS, & Domain Info - DomainTools |
|---|---|
| Hosting History | 1 change on 2 unique name servers over 2 years |

**— Website**

| Website Title | None given. |
|---|---|

Whois Record ( last updated on 2022-03-06 )

```
Domain Name: jobsharknl.com
Registry Domain ID: 2538720752_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-16T07:36:07Z
Creation Date: 2020-06-15T20:32:33Z
Registrar Registration Expiration Date: 2022-06-15T20:32:33Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email:  abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email:  info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email:  info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email:  info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

## 12c. Whois Record For nationalsurveysonline.com

3/7/2022                        NationalSurveysOnline.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 5 changes on 4 unique name servers over 16 years | ↪ |

**— Website**

| Website Title | None given. | ↪ |

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: nationalsurveysonline.com
Registry Domain ID: 2337211756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:19:26Z
Creation Date: 2018-11-26T21:51:56Z
Registrar Registration Expiration Date: 2022-11-26T21:51:56Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

12d. Whois Record For nationalshoppersurvey.com:

3/7/2022 NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 14 changes on 9 unique name servers over 17 years | ↱ |
|---|---|---|

**– Website**

| Website Title | None given. | ↱ |
|---|---|---|

Whois Record ( last updated on 2022-03-06 )

```
Domain Name: nationalshoppersurvey.com
Registry Domain ID: 2270167508_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-01T07:25:41Z
Creation Date: 2018-05-31T18:57:01Z
Registrar Registration Expiration Date: 2022-05-31T18:57:01Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

https://whois.domaintools.com/nationalshoppersurvey.com                    2/4

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

12e. Whois Record For  buzzbarrelreview.com:

3/7/2022                          BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 1 change on 2 unique name servers over 2 years | |

**▬ Website**

| Website Title | None given. | |

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: buzzbarrelreview.com
Registry Domain ID: 2533730520_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-04T07:30:46Z
Creation Date: 2020-06-03T20:23:54Z
Registrar Registration Expiration Date: 2022-06-03T20:23:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: DLZ Offers
Registrant Organization: DLZ Offers
Registrant Street: 321 East 22nd St. Suite 1D
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10010
Registrant Country: US
Registrant Phone: +1.3474020572
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: DLZ Offers
Admin Organization: DLZ Offers
Admin Street: 321 East 22nd St. Suite 1D
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10010
Admin Country: US
Admin Phone: +1.3474020572
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: DLZ Offers
Tech Organization: DLZ Offers
Tech Street: 321 East 22nd St. Suite 1D
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10010
Tech Country: US
Tech Phone: +1.3474020572
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: chrisjamesonnwp@gmail.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: DLZ Offers
```

https://whois.domaintools.com/buzzbarrelreview.com                              2/4

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**12f: Whois Record For ExpectCareCare.com:**

3/7/2022                                         ExpectCareCare.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 1 change on 2 unique name servers over 7 years | ➡ |

↩ **Website**

| Website Title | None given. | ➡ |

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: expectcarecare.com
Registry Domain ID: 1961356903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-10-24T13:24:45Z
Creation Date: 2015-09-18T07:41:38Z
Registrar Registration Expiration Date: 2022-09-18T07:41:38Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Consumer Concierge
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@jobshark.co
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Consumer Concierge
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@jobshark.co
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Lincoln Smith
Tech Organization: Consumer Concierge
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@jobshark.co
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Lincoln Smith
```

https://whois.domaintools.com/expectcarecare.com                                                          2/4

126
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

12g. Whois Record For RumorFox.com:

**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT      | Whois Lookup              🔍 |

Home › Whois Lookup › RumorFox.com

## Whois Record for RumorFox.com

**– Domain Profile**

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY |
| Registrant Org | REDACTED FOR PRIVACY |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited, renewPeriod |
| Dates | 2,122 days old Created on 2016-03-28 Expires on 2022-03-28 Updated on 2021-02-08 |
| Name Servers | NS1.C30078.SGVPS.NET (has 109,597 domains) NS2.C30078.SGVPS.NET (has 109,597 domains) |
| Tech Contact | REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY rumorfox.com-tech@directnicwhoiscompliance.com (p) x |
| IP Address | 35.209.157.206 - 6 other sites hosted on this server |
| IP Location | - Iowa - Council Bluffs - Google |
| ASN | AS15169 GOOGLE, US (registered Mar 30, 2000) |
| Domain Status | Registered And Active Website |

13. Plaintiff is informed and believes and alleges that all of the UCE's were sent by John Doe sender through the use-and-abuse of the following three email marketing platforms:

A:  Aurea Email Marketing: Lyris Inc and its parent company Aurea Inc ("Aurea")
B:  Keap:  Infusion Software, Inc dba Keap ("Keap")
C: Campaigner: Owned by J2 Global Inc and J2 Global Canada Inc, collectively ("J2 Global")

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

To clarify the above, each individual UCE is alleged to have been sent through the email marketing platforms of Aurea OR Keap OR J2 Global.

Plaintiff believes and alleges that both Aurea AND Keap AND J2 Global have strict, clear, anti-spam policies in their terms of service agreements, to which the John Doe Sender must have agreed. For Aurea, this is called the "Terms of Use." For Keap, this is called the Acceptable Use Policy (AUP), for J2 Global, this is called the "Terms and Conditions".

14.  All three contracts, in their own words, expressly disallow the use of their services to send email to those who did not directly consent to receive emails from the sender.  Beginning with Keap's Acceptable Use Policy (AUP), the following important conditions appear:

A)  All email lists used in conjunction with the services provided by Us are required to be 100% solicited (opt-in) lists...

B)  Bartering, purchasing or renting lists of names and sending e-mails to those people is strictly prohibited, and marketing lists containing email addresses cannot be shared/duplicated/transferred between Our individual applications.

C)  You may not use the Services to, nor allow its users or

any third-party to use the Service to: Generate or facilitate unsolicited commercial email

(spam), including without limitation:  sending communications or email in violation of the CAN-SPAM Act or any other applicable anti-spam law or regulation; sending unauthorized mail via open, third-party servers; sending email to users who have requested to be removed from a mailing list; marketing to any lists whose recipients did not express explicit consent to receive such marketing material; selling to, exchanging with, sharing with or distributing to a third party personal information, including the email addresses of any person without such person's knowing and continued consent to such disclosure; or sending unsolicited emails to significant numbers of

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

email addresses belonging to individuals and/or entities with whom you have no preexisting relationship...[inter alia]...Create a false identity for the purpose of misleading others, impersonate another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent the source of any communication....[inter alia]...Generate or facilitate any communications (including without limitation, SMS, MMS, or other text messages, calls, faxes, or push notifications) in violation of the Telephone Consumer Protection Act, the Do-Not-Call Implementation Act, or any other applicable law including anti-spam, telemarketing or telephone consumer protection laws or regulations. Violate any applicable policy, terms of use, or agreement with Us, including without limitation, Our Terms of Use, the Click to Call / Click to Text Beta Service Terms of Use, and DMCA Policy, as may be updated or amended from time to time; or Violate any other applicable laws or regulations.

D) You may not, and may not allow any third-party, including Your users, to use the Services to display, store, process or transmit, or permit use of Services to display, store, process or transmit (collectively the "Prohibited Material"): Material that infringes or misappropriates, or uses without appropriate consent, a third party's intellectual property or proprietary rights;...[inter alia]...

15.  For reference, the full Keap Acceptable Use Policy is listed on the next page. NOTE: Any "cutting off" of text between pages is unintentional. At the time of filing this complaint, the full AUP is viewable at https://keap.com/legal/aup.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



11/19/2021        Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨   Features ∨   Pricing   Interesting stuff ∨    Try free ☰

For a limited time, get **30% off on your first 3 months.**
Ends today. **Save now!** ✕

We use tools to track, analyze, and personalize your experience and ads, and share data with affiliates. See **cookie notice**.

Accept    **Manage**

# Keap Acceptable Use Policy (AUP)

Revised: January 29, 2019

Hello! Please keep reading this important policy.

It applies to your use of any of our services. Speaking of which, thank you for your interest. We appreciate you (and your apparent love of legal terms).

## Who are we?

https://keap.com/legal/aup        1/10

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021                              Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

K   Products ∨   Features ∨   Pricing   Interesting stuff ∨          Try free   ☰

## Who are you?

You are a customer, or you represent a customer, of
our Keap Service (as defined below). So, you be "You"
(or "Your").

## A few things You should know right away:

YOU, YOUR AFFILIATES, AND ANY COMPANY YOU
REPRESENT AGREE TO FOLLOW AND BE BOUND
BY THIS ACCEPTABLE USE POLICY ("AUP"). IF YOU
ARE AGREEING TO THESE TERMS ON BEHALF OF
YOUR AFFILIATE(S) OR COMPANY, YOU ARE
REPRESENTING TO US THAT YOU HAVE READ
THESE TERMS, YOU HAVE THE AUTHORITY TO BIND
YOUR AFFILIATE(S) OR COMPANY, AND THE TERM
"YOU" SHALL REFER TO YOUR AFFILIATE(S) AND
COMPANY. IF YOU DO NOT HAVE SUCH AUTHORITY,
OR IF YOU DO NOT AGREE TO THESE TERMS, YOU
MUST NOT USE OUR SERVICES. YOU ARE SOLELY
RESPONSIBLE FOR ENSURING YOUR AFFILIATES
OR COMPANY COMPLY WITH THIS AUP.

1. **Scope.**
   This AUP applies to Your use of all of Our services,
   including all subscriptions for Our hosted software
   as a service (SaaS) solutions and any other related
   services that We may provide to You ("Services").

2. **Effective Date policy.**

https://keap.com/legal/aup                                                          2/10

---

131
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021        Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

k    Products ∨   Features ∨   Pricing   Interesting stuff ∨     Try free   ≡

This AUP is current as of the date set forth above. We reserve the right to update AUP from time to time consistent with applicable laws and principles. Any changes will be effective as of the date we publish the revised version at Keap.com/legal, or as otherwise specified in the AUP. IF AT ANY TIME YOU CHOOSE NOT TO ACCEPT THIS AUP, YOU MUST NOT USE THE SERVICES.

**4. Violations.**

Any violation of this AUP will be considered a material breach of Our Terms of Use and/or any other agreement You have with Us governing Your use of the Services. We reserve the right to terminate or suspend Your account for any violation of this AUP, and We will not be liable for any interruptions in service or other monetary loss related to enforcement of this AUP.

You will be solely responsible for any monetary damages suffered by Us due to Your actions or inactions, including without limitation, regulatory penalties (e.g., FTC) and punitive damages related to Our lost clients and revenues. Further, You agree to indemnify and hold Us harmless from and defend Us against any third party or government claims, including all related damages, costs and expenses (including reasonable attorneys' fees), that arise due to Your violation this AUP, including damages related to other users of the Services and attorney's fees.

https://keap.com/legal/aup                                            3/10

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



11/19/2021                              Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨     Features ∨     Pricing     Interesting stuff ∨          **Try free**     ≡

store, process or transmit, or permit use of
Services to display, store, process or transmit
(collectively the "Prohibited Material"):

- Material that infringes or misappropriates, or uses
  without appropriate consent, a third party's
  intellectual property or proprietary rights;

- Hate-related, abusive, and/or material advocating
  discrimination against individuals or groups;

- Material related to violence of any kind, including
  instructions on how to assemble or otherwise make
  bombs or other weaponry

- Obscene, excessively profane, disparaging,
  defamatory, malicious, unlawful or otherwise
  objectionable material, including pornographic or
  illicitly pornographic sexual products, adult magazines,
  video and software, escort services, dating services,
  adult "swinger" material, or anything which exploits of
  minors under 18 years of age;

- Material advocating or advancing criminal hacking,
  cracking, or phishing;

- Material related in any way to illegal drugs or
  paraphernalia, marijuana and related paraphernalia,
  prescription drugs, and any product subject to or
  content in violation of the Controlled Substances Act;

- Material that in any way targets children 13 years of
  age or younger;

- Unlawful software and malicious code, (such as
  viruses, worms, time bombs, Trojan horses and other
  harmful or malicious files, scripts, agents or programs),

https://keap.com/legal/aup                                                    4/10

133
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021                          Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨   Features ∨   Pricing   Interesting stuff ∨          **Try free**   ☰

- Material that violates, encourages or furthers conduct that would violate any applicable laws, including any criminal laws, or any third-party rights, including publicity or privacy rights;

- Debt collections, credit repair and debt relief offerings stock picks or promotions "get rich quick" and other similar offers;

- Cryptocurrency sales and promotions or material related to "Mining" bitcoins and other cryptocurrencies; or

- Content related to pyramid schemes or network marketing (i.e. MLM) businesses, odds making and betting/gambling services, including but not limited online casino games, and sporting events

6. **Prohibited Actions**.

You may not use the Services to, nor allow its users or any third-party to use the Service to:

- Publish, post, upload, distribute, promote, sell, support, facilitate or otherwise make available, or engage in any activity related in any way to, any Prohibited Material;

- Generate or facilitate unsolicited commercial email (spam), including without limitation:

  - sending communications or email in violation of the CAN-SPAM Act or any other applicable anti-spam law or regulation;

  - sending unauthorized mail via open, third-party servers;

134
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021                                Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨   Features ∨   Pricing   Interesting stuff ∨          Try free          ≡

- marketing to any lists whose recipients did not express explicit consent to receive such marketing material;

- selling to, exchanging with, sharing with or distributing to a third party personal information, including the email addresses of any person without such person's knowing and continued consent to such disclosure; or

- sending unsolicited emails to significant numbers of email addresses belonging to individuals and/or entities with whom you have no preexisting relationship;

- Send voice broadcasts to any recipient listed on the National Do Not Call Registry, or a fax to any recipient, without first obtaining express permission from the recipient to receive such communications from You;

- Send unsolicited communications that direct individuals to of Our e-Commerce services that reference Us;

- Create a false identity for the purpose of misleading others, impersonate another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent the source of any communication;

- Perform significant load or security testing without first obtaining Our written consent, or otherwise interfere with other users' enjoyment of the Services;

- Engage in activity in connection with illegal peer-to-peer file sharing;

- Remove any copyright, trademark or other proprietary rights notices contained in or on the Services or

https://keap.com/legal/aup                                                        6/10

135
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021                                    Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

 Products ∨   Features ∨   Pricing   Interesting stuff ∨          ( Try free )   ☰

- Obtain or attempt to obtain unauthorized access to, or materials or information from, any Services, accounts, computer systems or networks connected to any of the Services, including without limitation, through hacking, password mining or any other means;

- Violate in any manner the applicable guidelines published by the CTIA, the Mobile Marketing Association, the Self-Regulatory Principles as directed by the Digital Advertising Alliance and the Network Advertising Initiative or any other generally accepted industry associations, carrier guidelines or other industry, third party policies or requirements that We may communicate to You;

- Generate or facilitate any communications (including without limitation, SMS, MMS, or other text messages, calls, faxes, or push notifications) in violation of the Telephone Consumer Protection Act, the Do-Not-Call Implementation Act, or any other applicable law including anti-spam, telemarketing or telephone consumer protection laws or regulations;

- Violate any applicable policy, terms of use, or agreement with Us, including without limitation, Our Terms of Use, the Click to Call / Click to Text Beta Service Terms of Use, and DMCA Policy, as may be updated or amended from time to time; or

- Violate any other applicable laws or regulations.

7. **Additional Requirements.**
   - All email lists used in conjunction with the services provided by Us are required to be 100% solicited (opt-in) lists, and You must have sufficient evidence, as determined in Our sole discretion, that all individuals in Your database have opted in or otherwise explicitly agreed to receive communications from You.

https://keap.com/legal/aup                                                                    7/10

136
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021                    Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨    Features ∨    Pricing    Interesting stuff ∨                    [Try free]    ≡

be shared/duplicated/transferred between Our individual applications.

- All e-mail messages sent using the Services must use Our provided opt-out link, must include a valid physical address of the sender and must contain a clear subject line that does not mislead the recipient as to the contents of the e-mail. The opt-out link may not be excessively "padded" with line- breaks or similar means to deceive recipients. Unsubscribe requests must be processed immediately.

- You must publish, enforce and abide by a privacy policy that protects Your customers' personal information in Your possession or under Your control. Such privacy policy at a minimum must be as stringent as Our Privacy Policy. In particular, You agree that You will not sell, loan or in any way pledge or hypothecate the personal information of Your customers to any other person or entity by way of joint venture or any other agreement.

8. **Complaints**.
   A $250 investigation fee may be assessed to Your account for each complaint of unauthorized communication that We receive involving a Your account. This non-refundable fee goes toward confirming complaints either digitally or verbally between sources of complaints. "Complaints" may include, but are not limited to, individual reports e-mailed to **abuse@Keap.com**, third-party Internet Service Provider ("ISP") complaint notifications, notification from anti-spam organizations such as "SpamCop" and internal heuristic research.

https://keap.com/legal/aup                                              8/10

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

11/19/2021         Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

 Products ∨   Features ∨   Pricing   Interesting stuff ∨     **Try free** ≡

contact You by e-mail, telephone and/or login notification within the Services to notify You of the complaint.

If You do not take immediate remedial action to rectify any complaint, or in the event of widespread and/or repeated violations, or excessive complaints exceeding industry standards (currently < 0.1% on a per Email/ISP basis, but subject to change at any time), We reserve the right to suspend or terminate Your access to the Services until the situation has been resolved to Our satisfaction in Our sole discretion. In the event of suspension, Services can only be reinstated by meeting the criteria We determine to minimize and address complaints, and We may assess You a $200 "Service Reactivation Fee" in addition to any investigation fees.

Infusionsoft is now Keap, learn why →

**keap**

| Keap CRM software | Blog | Customer resources | Who we are |
|---|---|---|---|
| All features | All topics | Help center | About |
| | Marketing | | |

https://keap.com/legal/aup        9/10

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

16. Lyris Inc by and through its parent Aurea Inc, ("Aurea") have a Terms of Use Agreement for its email marketing services, and sending unsolicited commercial email is similarly prohibited, in terms listed below:

A) Customer may not use the Services to send unsolicited email, whether it be commercial or non-commercial, and/or commercial email containing any deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam").

B) Customer's email will be considered unsolicited if Customer's membership addresses are not 100% opt-in by Customer's members. If Customer's email addresses came from harvesting, a purchased email list, another mailing list (even with the approval of t he ot her list owner or Service Provider), or are compiled by any method other than by direct subscription from Customer's members, then all messages sent to such addresses will be considered Spam under these Terms of Use.

C) Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business practice.

D) [Under "Other Unacceptable Uses"] "Send email with an invalid "From:" or "Reply-to:" address. All messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's identity."

E) Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes **upon the rights of any third party** [Paragraphs 8-12], as determined by Service Provider.

F) Impersonate any person, including, but not limited to, an official of Service Provider or an information provider, or communicate under a false name or a name t hat Customer is not entitled

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1   or authorized to use.

2   G) Intentionally or unintentionally violate any applicable local, state, national, or international law,

3   including, but not limited to, any regulations having t he force of law.

4   H) Customer agrees to use the Services only for lawful purposes.

5

6   17. The Full "Aurea Email Marketing: Terms of Use for Saas" from which A-H are derived, is

7   shown below, on next page, [with highlights] for reference:

8

9

10

11

12                          (continued next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

# Aurea Email Marketing: Terms of Use for SaaS

These Terms of Use for SaaS apply to and are incorporated by reference into the ordering document (the "Quote") made by and between the Service Provider (as identified on the Quote) and the Customer (as identified on the Quote). Capitalized terms used but not defined herein have the meaning given to them in the SaaS Terms and Conditions or the Quote. If there are any conflicts or inconsistencies between a specific term or condition of these Terms of Use and a specific term or condition of the SaaS Terms and Conditions, the specific term or condition of these Terms of Use will control. Service Provider may, from time to time modify these Terms of Use by posting the revised Terms of Use to Service Provider's site. Service Provider will give sixty (60) days prior notice of any material changes.  Customer's use of the Services following any modification will be deemed to be Customer's acceptance of any such modification.

1. **Activation and Use of the Services.**
   1. **Account Access.** On or before the Term Start Date, Service Provider shall provide Customer with an account name and a password that will allow access to the Services. Customer shall be responsible for any and all activities conducted through its account, whether or not such activities have been authorized by Customer.
   2. **Registration Information.** Upon Service Provider's request, Customer shall provide Service Provider with accurate and complete registration information with respect to Customer's use of the Services (including the identity, email addresses, and passwords of Customer's authorized hosted list administrators) and promptly update such information as changes occur.
   3. **Content.** Customer acknowledges that Service Provider is not responsible for and does not give any assurance to any person with respect to the validity, value, usefulness, or accuracy of any Content. Customer and any person using the Services solely and exclusively bears any risk associated with Content.
   4. **Lawful Use.** Customer agrees to use the Services only for lawful purposes. Customer agrees that Service Provider (in its sole discretion) may monitor any and all aspects of the Services for the purpose of auditing compliance with the SaaS Terms and applicable Quote. Customer will inform its users that their use of the Services will constitute consent to such monitoring. If Customer or any of its users restricts or inhibits any other customer or user of the Services, then Service Provider may, in its sole reasonable discretion, terminate or suspend the right of Customer or Customer's user to use the Services.
   5. **Customer Responsibilities.** Customer shall be responsible for any failure to achieve volume or other commitments (as set forth in a Quote) that results from Customer's failure to comply with these Terms

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

of Use and/or Service Provider's exercise of any remedy available to Service Provider for such failure. Customer will not be entitled to any refund, credit, or other relief for Services that are not provided due to Service Provider's exercise of any remedy available to Service Provider.

6. **ISP Relations.** Customer shall work with Service Provider, at Service Provider's request, to maintain relationships with Internet service providers (each, an "ISP"). Customer further acknowledges that Service Provider may be required by an ISP or other third party to impose additional or modified consent procedures with respect to Customer's email campaigns. Customer shall be responsible for handling customer service and abuse complaints related to Customer's email campaigns, including without limitation processing unsubscribe requests.

7. **Service Provider Right to Monitor.** Service Provider has the right to periodically monitor and/or review Customer's compliance with these Terms of Use.

2. **Hosted Email Marketing Services.** The following terms and conditions apply to Customer's use of Service Provider's hosted email marketing-related Services:

   1. **Prohibited Activities.** Customer shall not employ any practices with respect to its email address lists that (in Service Provider's sole discretion) may increase the risk of ISP filtering, blacklisting, or blocking, or otherwise may negatively impact Service Provider's reputation with ISPs. Without limiting the foregoing, examples of prohibited activities include: sending messages to email addresses that have been purchased; sending messages to email addresses that have been harvested or scraped from sources on the Internet; sending messages to email addresses collected by third parties; sending messages for the first time to email addresses collected more than 3 years prior; sending messages to lists with an unusually low response rate; or attempting to manipulate or avoid ISP filters or reputation systems. Customer may not use the Services for a one-time mailing to a list of members after which Customer deletes substantially all of the membership and creates a new list. Customer's membership must be a static, permanent list to which Customer adds or deletes new members and/or members subscribe or unsubscribe themselves in the ordinary course.

   2. **Spamming Prohibited; Truth in Advertising.** Customer may not use the Services to send unsolicited email, whether it be commercial or non-commercial, and/or commercial email containing any deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam"). Customer's email will be considered unsolicited if Customer's membership addresses are not 100% opt-in by Customer's members. If Customer's email addresses came from harvesting, a purchased email list, another mailing list (even with the approval of the other list owner or Service Provider), or are compiled by any method other than by direct subscription from Customer's members, then all messages sent to such addresses will be considered Spam under these Terms of Use. In addition, Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business practice. Customer shall be solely responsible for the substantiation of any and all claims made in all messages transmitted via the Services using Customer's account.

   3. **Spamming Complaints.** If Service Provider receives complaints that Customer has transmitted and/or continues to transmit Spam, in addition to any other rights that Service Provider may have under the SaaS Terms, Quote or under applicable law, Service Provider may at its sole option suspend Customer's use of the Services pending a reconfirmation of Customer's entire membership list. This reconfirmation may be required by Service Provider in any reasonable manner it determines in its sole judgment including, without limit, sending a single email to all of Customer's list members requesting confirmation of their wish to maintain their subscription to such list. Members who do not reconfirm within a reasonable time established by Service Provider may be deleted from the list in question. Service Provider agrees to use commercially reasonable efforts to contact Customer's designated list

142

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

administrator by email or phone before suspending Customer's use of a Services. Customer's consent will be requested before Service Provider contacts Customer's list members for the purposes of reconfirmation, however, if Customer does not consent to such reconfirmation, then Service Provider may immediately and without further notice to Customer terminate the applicable Quote.

4. **Service Provider Remedies.** If Service Provider determines in good faith that Customer has transmitted and/or continues to transmit Spam, in addition to exercising any other of its rights under the SaaS Terms, applicable Quote and applicable state or federal law, Service Provider will issue a one-time warning to Customer's primary contact's email address to cease such activity, after which if Spam transmission continues: (i) Service Provider may bring an action in any court of competent jurisdiction to enjoin such activity, it being understood that such activity may cause irreparable harm to Service Provider which may not be fully compensable by monetary damages, and (ii) Service Provider may recover from Customer monetary losses caused to Service Provider by such activity in an amount equal to the greater of (a) $500 for each such item of unsolicited email that Customer has sent to each separate and identifiable e-mail address (which amount the parties agree is a fair and reasonable estimate of Service Provider's losses suffered thereby and is not a penalty) or (b) Service Provider's actual monetary loss, including, but not limited to, any damage, loss or expense (including reasonable attorney's fees) resulting from any third party claim made against Service Provider as a result of Customer's conduct in violation of this provision. In addition to the foregoing, Customer is responsible for reasonable costs incurred by Service Provider in bringing such actions, including its reasonable attorney's fees.

5. **Other Unacceptable Uses.** Additionally, Customer may not use the Services to:

1. Send email with an invalid "From:" or "Reply-to:" address. All messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's identity and Customer must be responsive to all replies from members of Customer's list, including unsubscribe requests. Customer may not refuse or ignore unsubscribe requests from members of Customer's list.
2. Harass, threaten, embarrass, or cause distress, unwanted attention, or discomfort to a person or entity.
3. Post or transmit sexually explicit images or other Content that is deemed by Service Provider to be offensive.
4. Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes upon the rights of any third party, as determined by Service Provider.
5. Impersonate any person, including, but not limited to, an official of Service Provider or an information provider, or communicate under a false name or a name that Customer is not entitled or authorized to use.
6. Intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, any regulations having the force of law.
7. Transmit any virus, malicious code, or anything destructive to a recipient's computer.
8. Exceed any volume limitations included in the applicable Quote.

6. **Membership Confirmation.** Any email sent to new members confirming membership on Customer's list may not include advertising or calls-to-action other than an appeal to confirm the member's subscription.

7. **Unsubscribing.** All list messages must include unsubscribe instructions in the body or footer of the message, so that members can unsubscribe themselves from the list. List owners must respond to member requests for manual removal from the list promptly, but in no event more than 10 days after the member's first request. Customer shall not discard email messages from members asking to be

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

removed from Customer's list. Even if the user request for removal is aggressive, unfriendly, or otherwise rude, Customer should nonetheless make every attempt to help the user unsubscribe from Customer's list and resolve the situation.

8. **Suspension of Services.** Service Provider has the right to suspend performance of its Services described in a Quote in the event that Customer's bounce rate, unsubscribe rate, and/or number of recipient complaints are at a rate that is beyond the levels acceptable to an ISP through which Customer's list is deployed, for any Customer use of the Services that Service Provider reasonably determines is in violation of these Terms of Use or is necessary to avoid damage to Service Provider's systems, reputation, or business. Following any such suspension, the Services shall not be reinstated until Service Provider is reasonably satisfied that the activities resulting in such suspension have been cured or shall cease. If Customer fails to so cure such activities within 30 days following the suspension, Service Provider has the right to immediately terminate the applicable Quote upon written notice to Customer.

Updated: February 1, 2016.

---

**Products**

Unlimited (https://www.aurea.com/unlimited/)

Product Catalog (https://www.aurea.com/library/)

Aurea helps global businesses accelerate digital transformation with a software library that creates unparalleled value and unlimited possibility.

**Customers**

Worx (https://community.aurea.com/)

Support Resources (https://www.aurea.com/support/)

**Company**

About Aurea (https://www.aurea.com/about-aurea/)

Leadership (https://www.aurea.com/about-aurea/our-leadership/)

> GET IN TOUCH
> (HTTPS://CONTENT.AUREA.COM/CONTACT-US-FORM)

Blog (/blog/)

in (https://www.linkedin.com/company/aurea-software/)

(https://twitter.com/AureaSoftware)

©2021 Aurea, Inc. I Aurea is an ESW Capital Group (http://www.eswcapital.com/) company

Legal (/legal/)

Privacy (/legal/privacy-statement/)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

18.  J2 Global similarly has a clear "terms of service" agreement with the following terms below:

A: You agree to comply with

all applicable laws, regulations, or conventions including those related to Do-Not-Call

provisions, email marketing, anti-spam, anti-phishing, data privacy, international

communications, and export of technical or personal data.

B: You are fully responsible for the content of your transmissions through the Services and agree

and acknowledge that you are the creator of all content,

C: ...J2 Global prohibits the use of the Services or

web sites by any person or entity that, encourages, promotes, provides, sells or offers to sell

products or content relating to illegal or fraudulent activities (or services related to the same):

including, but not limited to, illegal drugs; pirated computer programs; instructions on how to

assemble or otherwise make bombs, grenades or other weapons; material that exploits

children, encourages violence, **spam**, obscenity/sexually explicit, and similar activities.


D: The transmission of unsolicited telemarketing phone calls, faxes and email is regulated

in the United States under the Telemarketing Sales Rule*, the Federal Telephone

Consumer Protection Act*, the Can-Spam Act*, as well as other statutes and regulations,

and in Canada under the Telecommunications Act*, the Unsolicited Telecommunications

Rules* and PIPEDA* and may also be regulated under the laws of a number of other

countries, states and provinces. Unsolicited marketing in violation of such laws

through the Services is prohibited and a material violation of this Agreement.


19.  J2 Global's full terms of service for the campaigner platform have been made available below

for ease of reference:

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Terms and Conditions

Published: February 16, 2021

Effective: February 16, 2021 for new customers; March 1, 2021 for customers existing as of February 16, 2021.

### 1. SCOPE OF AGREEMENT

The Services (as defined below) that J2 Global Canada, Inc. ("J2 Global") provides to you are subject to the following terms of use ("Agreement"). J2 Global may automatically amend this Agreement at any time by (a) posting a revised Agreement on the J2 Global Websites, and/or (b) sending information regarding the amendment to the email address you provide to J2 Global.

THESE TERMS CONTAIN A BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER PROVISION IN THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION. YOU MAY OPT OUT OF THE BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS AS DESCRIBED IN "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION.

YOU ARE RESPONSIBLE FOR REGULARLY REVIEWING THE J2 GLOBAL WEBSITES TO OBTAIN TIMELY NOTICE OF SUCH AMENDMENTS. YOU SHALL BE DEEMED TO HAVE ACCEPTED SUCH AMENDMENTS BY CONTINUING TO USE THE SERVICES AFTER SUCH AMENDMENTS HAVE BEEN POSTED OR INFORMATION REGARDING SUCH AMENDMENTS HAS BEEN SENT TO YOU. Otherwise, this Agreement may not be amended except in writing signed by both you and J2 Global.

The most current version of the Agreement can be reviewed by clicking on the "Terms and Conditions" hypertext link located at the bottom of our Web pages.

You may also have a signed written agreement which is expressly incorporated herein ("Written Agreement"), and which in conjunction with the Agreement and policies referred to herein, comprise the entire Agreement between J2 Global and you. The Written Agreement may contain different or additional terms which supersede terms in this document and may refer to earlier versions of these terms.

### 2. DESCRIPTION OF SERVICES

J2 Global provides you with access to email and email marketing services, and messaging services (Services). The Services, including any updates, enhancements and new features, are subject to this Agreement.

### 3. NO RESALE OF SERVICES

Your right to use the Services is personal to you and you agree not to resell the use of the Services.

### 4. PRIVACY AND PROTECTION OF PERSONAL INFORMATION.

J2 processes personal data in accordance with our Privacy Policy which is available at here https://www.campaigner.com/legal/privacy.aspx. We may update the Privacy Policy from time to time. You are encouraged to regularly review our Privacy Policy.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

If you are a Customer and the Services involve the processing of personal data which is subject to the General Data Protection Regulation (EU) 2016/679, the "GDPR", J2 Global is a processor and you are the controller in relation to such personal data (as defined in the GDPR), which is processed pursuant to this Agreement.

You retain control over the content of the information you submit through our Services, and as such the types of personal data that are subject to processing cannot be categorized by J2 Global in these terms and conditions. It is assumed such personal data may include all categories of personal data relating to customers, or its customer's own clients, customers, suppliers, employees, other personnel and/or other data subjects.

Customer may notify J2 Global of the categories of data subjects or types of personal data to be incorporated into these terms by using the contact details set out in the privacy policy.

As processor, J2 Global shall, in relation to personal data (as defined in the GDPR) provided by you or generated arising from the performance of the Services under this Agreement:

1. Process such personal data in accordance with these terms and conditions and otherwise comply with your documented (including email) instructions in connection with such processing. Where such instructions are provided orally, we shall keep a record of these. If at any point, J2 Global becomes unable to comply with your instructions regarding the processing of personal data (whether as a result of a change in applicable law, or a change in your instructions, or for any other reason), J2 Global shall promptly:
    I. Notify you of such inability, to the extent permitted by applicable law; and
    II. Cease all processing of the affected personal data (other than merely storing and maintaining the security of the affected personal data) until such time as you issue new instructions with which J2 Global is able to comply.
2. Ensure personal data are kept confidential;
    I. Take reasonable steps to ensure the reliability and trustworthiness of J2 Global's personnel and any subprocessors, and
    II. Take reasonable steps to ensure that all relevant J2 Global personnel, and any relevant subprocessors, have committed themselves to ensuring the confidentiality of all personal data that they process;
3. Ensure that, in each instance in which J2 Global engages a subprocessor, it shall notify you and:
    I. Allow you a reasonable opportunity to object to the appointment of that subprocessor (and your authorization is deemed to be granted if you do not object within thirty (30) days of being notified of the proposed subprocessor); and
    II. Enter into a binding written agreement with the subprocessor that imposes on the subprocessor the same obligations that apply to J2 Global under this Agreement with respect to the processing of personal data; subject to compliance with the foregoing, you hereby generally authorize J2 Global to engage sub-processors in relation to the Services.
4. At your request and sole expense, promptly provide you with all reasonable technical and organizational assistance (taking into account the nature and functionality of the Services) necessary to respond appropriately to requests from individuals to exercise their rights under the GDPR;
5. At your request and sole expense, promptly provide you with all reasonable assistance necessary to enable you to: Notify relevant breaches of the GDPR to the relevant authorities and/or affected individuals;
    I. Conduct data protection impact assessments, where required; and
    II. Obtain any necessary authorizations from any relevant regulatory authorities;
6. Delete (or, upon your request at or prior to termination, return) any personal data processed in the performance of the Services in J2 Global's possession within 180 days after the termination or expiry of this Agreement, other than data in relation to which J2 Global is a controller (which will be processed in accordance with our privacy

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

policy) and unless the applicable law of the European Union or an EU Member State requires otherwise;

7. At your request and sole expense:

    i. Promptly provide you with all information necessary to enable you to demonstrate compliance with your obligations under the GDPR, to the extent that J2 Global is able to provide such information; and

    ii. Allow for and contribute to audits, including inspections, conducted by you your auditors or appointees, provided that such audit shall be during regular business hours, with reasonable advance notice to J2 Global and subject to reasonable confidentiality procedures. Before the commencement of any such audit, the parties shall mutually agree upon the scope, timing, and duration of the audit. You may not audit J2 Global more than once annually; and

8. Notify you without undue delay in the event of:

    i. Becoming aware of any personal data breach; or

    ii. Receipt of any correspondence or communication from any individual, regulatory authority or third party regarding the processing of personal data; and

9. Apply appropriate technical and security measures to protect any such personal data against unauthorized or unlawful processing and against accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to such personal data.1.

## 5. STORAGE OF MESSAGES

While your account is active, J2 Global will store messages sent and received through your J2 Global account, for a period of up to one year, in each case measured from the date of receipt of such message.

Contact lists are maintained while the account is in good standing. J2 Global shall maintain reasonable administrative, technical and physical safeguards to help protect the security, confidentiality and integrity of Customer information in its possession.

Customer acknowledges that J2 Global may change its practices and limitations concerning storage of messages, at any time and that notification of any such changes may be posted on the J2 Global Websites. Customer further agrees that this feature is provided as a convenience to Customer only and J2 Global and its parent(s), partner(s), subsidiary(ies), and affiliate(s) ("Affiliates") have no responsibility or liability whatsoever for the deletion, loss, disclosure of, or failure to store, any messages and/or other communications maintained or transmitted by the Services.

## 6. CHARGES

You agree to pay all charges for your use of the Services according to the payment plan applicable to your Services, and in effect for your country of residence. Except as otherwise provided in your Written Agreement, J2 Global reserves the right to change prices or institute new charges for access to or use of J2 Global Services unless you have a signed Written Agreement with J2 Global. All changes will be posted by J2 Global on the J2 Global Websites and you are responsible for regularly reviewing such pricing information to obtain timely notice of such changes. Continued use of the Services or non-termination of your J2 Global account after changes are posted constitutes your acceptance of the prices as modified by the posted changes.

Charges for Services may include activation, recurring subscription, and usage fees. Your activation and recurring subscription fees are payable in advance and are COMPLETELY NON-REFUNDABLE. Usage charges are charged as and when such charges are incurred or by accumulating such charges (in the sole discretion of J2 Global) in accordance with the usage rates applicable to each of the Services you use.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

Your payment plan may include a monthly allowance of free emails, or contacts. In the event that you have exceeded your rate plan's allotted allowance you will be automatically charged usage fees for such each email or contact in excess of your monthly allowance. Unused allowances are not transferable from month to month.

Payment of your J2 Global account balance is due monthly and, unless you have a qualified business account, must be made by the credit card designated by you for J2 Global use and transactions. If your J2 Global account is a qualified business account and is approved by J2 Global for corporate billing, charges will be accumulated, identified by Customer Identification number and invoiced on a monthly basis.

If you subscribed for Services pursuant to a special offer granting you a free trial period, your activation fee and an initial monthly Services fee will BE PRE-AUTHORIZED AGAINST YOUR CREDIT CARD OR DEBIT CARD LIMIT (meaning the amounts pre-authorized will not be considered available credit or debit funds in such account) and will be immediately charged to your credit or debit card, without further authorization from you, upon the expiration of such free trial period, unless you provide prior notice (in accordance with J2 Global verification procedures, as may be established by J2 Global from time to time in its sole discretion) that you have terminated this authorization. Such notice will not affect charges submitted before J2 Global reasonably could act on your notice.

Charges are to be paid on a monthly basis in the currency in which billed. A failure to pay the charges is a material breach of this Agreement and grounds for termination by J2 Global. If the payment method for your J2 Global account is by credit card and payment is not received by J2 Global from the card issuer or its agents, you agree to pay all amounts due upon demand by J2 Global. Each time you use the Services, or allow or cause the Services to be used, you agree and reaffirm that J2 Global is authorized to charge your designated card. Your card issuer's agreement governs your use of your designated card in connection with J2 Global, and you must refer to such agreement (not this Agreement) with respect to your rights and liabilities as a cardholder. You agree that J2 Global may (at its option) accumulate charges incurred during your monthly billing cycle and submit them as one or more aggregate charges during or at the end of each cycle, and that J2 Global may delay obtaining authorization from your card issuer until submission of the accumulated charge(s). This means that accumulated charges may appear on the statement you receive from your card issuer.

You agree that J2 Global may submit charges for your usage fees and recurring subscription fee each month or year, without further authorization from you, until you provide prior notice (in accordance with J2 Global's verification procedures, as may be established by J2 Global from time to time in its sole discretion) that you have terminated this authorization or wish to change your designated card. Such notice will not affect charges submitted before J2 Global reasonably could act on your notice. If you have any question regarding any charges that have been applied to your account, you must contact J2 Global's Customer Support within 30 days of the charge date. Failure to use your account will not be deemed a basis for refusing to pay any charges submitted by J2 Global in accordance with this Agreement.

All charges will be exclusive of value added ("VAT"), sales or other taxes, except as required by law and only as applicable. Canadian residents will be charged G.S.T. and P.S.T. as applicable. If the Customer resides outside of Canada, the place of residency will be deemed not to be Canada unless J2 Global is notified otherwise. If your residency status changes, you must notify J2 Global and may be required to provide a mailing address and proof of residency. Non-Canadian residents will be deemed not to have registered for G.S.T unless J2 Global is notified otherwise.

For Campaigner these terms apply:

If you subscribed to a Contact Based Subscription Plan ("Contact Plan") the subscription fees are based on the highest number of subscribers or contacts in your account at any time. While your fees may increase as your contact list grows, the fees will not be reduced as the numbers of contacts diminish unless you contact J2 Global Customer Support. For the

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

purposes of this Agreement, each unique email address will count as one subscriber or contact.

Should J2 Global deem your cumulative account activity, including but not limited to factors such as high send volume or large contact lists, to be detrimental to J2 Global's ability to provide Campaigner services to you or to other customers, J2 Global reserves the right in its sole discretion to move you to a Volume Subscription Plan.

Repeated uploading and removing of unique email addresses in an attempt to circumvent J2 Global's Fee Schedule and billing procedures is prohibited.

If you purchased a "Pay as you Go" plan you will be charged for emails on a per campaign basis. The price list published at www.campaigner.com determines the charge per email in effect at the time the campaign is delivered. "Pay as you Go" plans must be used within 12 months of purchase. Any balance remaining after 12 months is NON-REFUNDABLE.

## 7. MEMBER ACCOUNT, PASSWORD, AND SECURITY

If any of the Services requires you to open an account, you must complete the sign-up process by providing us with current, complete and accurate information as prompted by the applicable registration form. You agree to notify J2 Global promptly of any changes to this information as required to keep it current, complete and accurate. You also will choose a password. You are entirely responsible for maintaining the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur by all users associated with your account.

You agree to notify J2 Global immediately of any unauthorized use of your account or any other breach of security. J2 Global will not be liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. However, you could be held liable for losses incurred by J2 Global or another party due to someone else using your account or password. You may not use anyone else's account at any time, without the permission of the account holder.

## 8. USE OF SERVICES / CUSTOMER RESPONSIBILITIES

You represent and warrant that you are at least 18 years of age or, as applicable, the age of majority in the state or province in which you reside, and that you possess the legal right and ability to enter into this Agreement. If you are registering on behalf of a corporation you warrant that you have the authority to bind the corporation. You agree to be financially responsible for your use of the Services (as well as for use of your account by others, including minors living with you) and to comply with your responsibilities and obligations as stated in this Agreement.

You must:

1. Abide by any prohibitions on use set forth in or referenced by this Agreement.
2. Obtain and pay for all equipment and third-party services (e.g., telephone and computer equipment) required for you to access and use the Services;
3. Maintain the security of your password, PIN number and other confidential information relating to your account and;
4. Be responsible for all charges resulting from use of your account, including unauthorized use prior to your notifying J2 Global of such use and taking steps to prevent its further occurrence.
5. Abide by the terms in the "Additional Terms for SMS," if you use the Services for SMS messaging.

Images hosted by J2 Global on J2 Global controlled servers may only be used in connection with the Services and for no other purpose whatsoever. To the extent you use images provided by J2 Global, J2 hereby grants to you a limited, non-exclusive, non-

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

transferable sublicense to use the images in an unaltered state solely in connection with your use of the Services.

## 9. NO UNLAWFUL OR PROHIBITED USE

As a condition of your use of the Services, you will not use the Services for any purpose that is unlawful or prohibited by this Agreement and any notices. You may not use the Services in any manner that could damage, disable, overburden, or impair any J2 Global server, or the network(s) connected to any J2 Global server, or interfere with any other party's use and enjoyment of any Services.

You may not attempt to gain unauthorized access to any Services, other accounts, computer systems or networks connected to any J2 Global server or to any of the Services, through hacking, password mining or any other means. You will not use or register the name J2 Global or any other trade name or trade mark of J2 Global without express, prior permission, and you will not obstruct the identification procedures used by J2 Global in the Services.

You represent that you comply with applicable law relating to your activities under this Agreement, including but not limited to privacy and data protection laws and applicable rules established by the Federal Communications Commission and the Federal Trade Commission. You represent that the information submitted for transmission via the J2 Global network for the Services is for lawful purposes only and that the transmission of messages or files is not in violation of any federal, state or provincial laws including, but not limited to, encouraging conduct that would constitute a criminal offense, infringe third party rights, give rise to civil liability or otherwise violate any local, provincial, state, national or other law.

You may not use the Services to upload, post, reproduce or distribute, in any way, any information, software or other material protected by copyright or any other intellectual property right without first obtaining the permission of the copyright holder. **You agree to comply with all applicable laws, regulations, or conventions including those related to Do-Not-Call provisions, email marketing, anti-spam, anti-phishing, data privacy, international communications, and export of technical or personal data.**

You are fully responsible for the content of your transmissions through the Services and agree and acknowledge that you are the creator of all content, and that J2 Global is not the author or publisher of any content and J2 Global does not rent or sell lists of any kind. J2 Global simply acts as a passive conduit for you to send and receive information of your own choosing.

You shall not use the Services to store:

1. Any "protected health information" (as such term is used in the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191), or
2. Any other type of information that imposes independent obligations upon J2 Global.

In accordance with its Prohibited Use Policy J2 Global prohibits the use of the Services or web sites by any person or entity that, encourages, promotes, provides, sells or offers to sell products or content relating to illegal or fraudulent activities (or services related to the same); including, but not limited to, illegal drugs; pirated computer programs; instructions on how to assemble or otherwise make bombs, grenades or other weapons; material that exploits children, encourages violence, spam, obscenity/sexually explicit, and similar activities.

This is not an exhaustive list, and J2 Global, in its sole discretion, may determine whether your use is prohibited and its determination shall be final, binding and conclusive for all purposes under this Agreement. J2 Global will terminate your use of its Services if J2 Global determines such prohibited content or use is in violation of this Agreement.

Any information stored on the J2 Global servers that is deemed to be unlawful or in contravention of this Agreement or legal and regulatory requirements may be deleted at any time by J2 Global without notice. J2 Global reserves the right to remove any image which contravenes this Agreement without notice to you.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

J2 Global does not:

- Represent or endorse the accuracy or reliability or any opinion, advice or statement made through the Services.
- Assume liability for any harassing, offensive or obscene/sexually explicit material distributed through the Services by you or others under your account.
- Assume any liability for any material distributed through the Services by you or others under your account which is distributed in violation of any third party's copyright or other intellectual property right.
- Assume liability for claims concerning unsolicited fax, email or voice messages sent by you or others under your account including, as applicable, but not limited to, the Telecommunications Act, S.C. 1993, c. 38, as amended (Telecommunications Act), the Canadian Radio-television and Telecommunications Commission Unsolicited Telecommunications Rules, as may be amended from time to time (the Unsolicited Telecommunications Rules), the Personal Information Protection and Electronic Documents Act, S.C. 2000, c. 5, as amended, (PIPEDA), the Telephone Consumer Protection Act of 1991, FTC regulations, and the Can-Spam Act.

J2 Global reserves the right at all times to disclose any information as J2 Global deems necessary to satisfy any applicable law, regulation, legal process or governmental request. J2 Global reserves the right but is not obligated to review the content of any of your messages for compliance with this Agreement and other legal requirements upon receipt of a complaint.

J2 Global further reserves the right to take any other action with respect to the Services that J2 Global deems necessary or appropriate, in its sole discretion, if J2 Global believes you or your information may create liability for J2 Global or others, compromise or disrupt the Services for you or other Customers, or cause J2 Global to lose (in whole or in part) the services of J2 Global's ISPs or other suppliers.

You agree to indemnify and hold J2 Global (and its Affiliates and Suppliers) and its agents, business associates, resellers, licensors, and suppliers (collectively, Suppliers) harmless from any and all direct, indirect or consequential claims, losses, damages, judgments, expenses and costs (including, but not limited to, any attorney's fees and expenses) arising out of your use of the Services, your violation of the Agreement, and the delivery of any of your messages and documents using the Services, or the infringement of any trademark or copyright by you.

## 10. OWNERSHIP

All programs, services, processes, designs, software, technologies, trademarks, trade names, inventions and materials comprising the Services are wholly owned by J2 Global and/or its licensors and service providers except where expressly stated otherwise.

## 11. UNSOLICITED MARKETING

**The transmission of unsolicited telemarketing phone calls, faxes and email is regulated in the United States under the Telemarketing Sales Rules*, the Federal Telephone Consumer Protection Act*, the Can-Spam Act*, as well as other statutes and regulations, and in Canada under the Telecommunications Act*, the Unsolicited Telecommunications Rules* and PIPEDA* and may also be regulated under the laws of a number of other countries, states and provinces. Unsolicited marketing in violation of such laws through the Services is prohibited and a material violation of this Agreement.**

As a Campaigner Customer, you agree to abide by the terms of the Campaigner Anti-Spam Policy, available at https://www.campaigner.com/legal/anti-spam-policy/.

## 12. DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

THE SERVICES ARE PROVIDED "AS IS" AND THERE ARE NO WARRANTIES, REPRESENTATIONS OR CONDITIONS OF ANY KIND, EXPRESS OR IMPLIED, WRITTEN OR ORAL, ARISING BY STATUTE, OPERATION OF LAW, COURSE OF DEALING, USAGE OF TRADE OR OTHERWISE WITH RESPECT TO THE SERVICES OR ANY OTHER PRODUCT, DOCUMENTATION OR SERVICE PROVIDED HEREUNDER OR IN CONNECTION HEREWITH. J2 GLOBAL FURTHER EXPRESSLY DISCLAIMS GUARANTEE OF CONTINUED AVAILABILITY OF THE SERVICES OR ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTABILITY, SATISFACTORY QUALITY, DURABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT. NO REPRESENTATION OR OTHER AFFIRMATION OF FACT INCLUDING, BUT NOT LIMITED TO, MARKETING LITERATURE OR COLLATERAL OR STATEMENTS REGARDING PERFORMANCE OF THE SERVICES BY J2 GLOBAL WHICH IS NOT CONTAINED IN THIS SECTION SHALL BE CONSIDERED TO BE A WARRANTY OR REPRESENTATION, AND SHOULD NOT BE RELIED UPON AND IS NOT BINDING UPON J2 GLOBAL.

NONE OF J2 GLOBAL NOR ANY OF ITS AFFILIATES OR SUPPLIERS SHALL BE HELD RESPONSIBLE IN ANY WAY OR BY ANY MEANS, EITHER DIRECTLY OR INDIRECTLY, FOR ANY COMMUNICATIONS OR OTHER DIFFICULTIES OUTSIDE OF J2 GLOBAL' OR ANY SUCH AFFILIATES' OR SUPPLIERS' CONTROL WHICH COULD LEAD TO ANY DELAY, INTERRUPTION OR MISDIRECTION OF FAX, VOICE OR DATA DELIVERY. SERVICE TO THE CUSTOMER'S EMAIL ADDRESS, PAGER, TELEPHONE OR ANY OTHER RECEIVING DEVICES OR THIRD-PARTY PHONE OR FAX MACHINES, DATA STORAGE AND/OR DELIVERY SERVICES.

THE AGGREGATE LIABILITY OF J2 GLOBAL, ITS AFFILIATES OR SUPPLIERS, WHETHER IN CONTRACT (INCLUDING FUNDAMENTAL BREACH OR FAILURE OF AN ESSENTIAL PURPOSE), TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION OR OTHERWISE IN RESPECT OF A SINGLE OCCURRENCE OR A SERIES OF OCCURENCES SHALL IN NO CIRCUMSTANCES EXCEED THE AMOUNTS PAID BY CUSTOMER TO J2 GLOBAL WITH RESPECT TO THE SERVICES GIVING RISE TO THE CLAIM. IN NO EVENT SHALL J2 GLOBAL, ITS AFFILIATES OR SUPPLIERS OR AFFILIATES OF ANY OF THEM BE LIABLE TO CUSTOMER OR ANY THIRD PARTY FOR ANY PUNITIVE, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OR FOR ANY FAILURE TO REALIZE EXPECTED SAVINGS, LOSS OF BUSINESS, LOSS OF REVENUES OR PROFITS, LOSS OF DATA OR ANY OTHER COMMERCIAL OR ECONOMIC LOSS (INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA RESULTING FROM DELAYS, NON-DELIVERIES, WRONG DELIVERIES, SERVICE INTERRUPTIONS, PERFORMANCE OR FAILURE OF THE INTERNET OR J2 GLOBAL' INTERNET SERVICE PROVIDER, OR DELETION OR FAILURE TO SAVE DELIVERIES), EVEN IF J2 GLOBAL HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE.

IN THE EVENT APPLICABLE LAW DOES NOT PERMIT SUCH EXCLUSIONS TO BE COMPLETELY DISCLAIMED, THESE EXCLUSIONS SHALL BE INTERPRETED AS NECESSARY TO GIVE J2 GLOBAL THE FULL BENEFIT OF ANY DISCLAIMER OR LIMITATION AS PERMITTED BY APPLICABLE LAW.

## 13. TERMINATION

If you are an Online or month-to-month Subscriber or have a "Pay as you Go" account: You may cancel the Services at any time by calling 1-888-845-4544   or 1-613-216-7422.

If you have a signed Written Agreement with J2 Global the termination provision found in the Written Agreement applies.

J2 Global reserves the right to suspend or terminate Services if J2 Global, in its sole discretion, believes that the Services are used for a purpose that is unlawful or prohibited by this Agreement or any notices.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

J2 Global shall have no responsibility to notify any third party, including any third party providers of services, merchandise or information, of any suspension, restriction or termination of your account. J2 Global shall have no obligation to maintain any messages or other content in your account or forward any unread or unsent message to you or any third party. Any termination of your account shall not relieve you from any amounts owing or any other liability accruing under this Agreement prior to the time that such termination becomes effective.

## 14. JURISDICTION AND GOVERNING LAW

If you have a billing address in the United States:

You agree that this Agreement shall be governed by and construed in accordance with the laws of the State of California (except its choice of laws rules), and you hereby consent to jurisdiction in California and that all disputes shall be tried by an arbitrator in the county of Los Angeles, California. You expressly waive any right, and agree not to have any dispute under the Agreement tried or otherwise determined by a jury, except where required by law.

If you have a billing address outside the United States:

You agree that this Agreement shall be governed by and construed in accordance with the laws of the Province of Ontario (except its choice of laws rules), and you hereby consent to the jurisdiction of such province and agree that all disputes shall be tried in the city of Ottawa, Ontario. You expressly waive any right, and agree not to have any dispute under the Agreement tried or otherwise determined by a jury, except where required by law.

## 15. SURVIVAL

Any exclusion or limitation of J2 Global's liability specified in this Agreement shall survive the expiration or termination of this Agreement for any reason.

## 16. EXPORT CONTROLS

The Services, including any software we may provide in connection with those Services, may be subject to applicable U.S. export control laws and economic sanctions regulations. In receiving this software or our Services, you agree to comply strictly with all domestic and international export laws and economic sanctions regulations as they apply to this software and our Services, and to the extent consistent with these Terms, to obtain any necessary license or other authorization to export, re-export, or transfer such software or our other aspects of our Services. These laws include restrictions on destinations, End Users, and end use. Without limitation, you may not transfer any such software or other aspect of our Service without U.S. government authorization to any entity on a U.S. government exclusion list (e.g., the Department of Commerce's List of Denied Persons, Entity, or Unverified List, and the Treasury Department's List of Specially Designated Nationals and Consolidated Sanctions List). You represent that you are not on a U.S. government exclusion list or under the control of or an agent for any entity on such a list, and you further warrant that you will immediately discontinue use of our software and Services if you become placed on any such list or under the control of or an agent for any entity placed on such a list.

## 17. BINDING ARBITRATION AND CLASS ACTION WAIVER

This section applies to you if you have a billing address in the United States.

YOU AND WE AGREE THAT ALL DISPUTES AND CLAIMS BETWEEN YOU AND US SHALL BE SETTLED BY BINDING ARBITRATION INSTEAD OF IN COURTS OF GENERAL JURISDICTION. THIS AGREEMENT TO ARBITRATE IS INTENDED TO BE BROADLY INTERPRETED AND INCLUDES, BUT IS NOT LIMITED TO, ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING IN ANY WAY TO THE SERVICES, OUR

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

SOFTWARE, OUR WEBSITE, THE TERMS OR ANY ASPECT OF THE RELATIONSHIP BETWEEN YOU AND US. YOU AGREE THAT, BY AGREEING TO THE AGREEMENT, THE U.S. FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION, AND THAT YOU AND WE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. NOTWITHSTANDING THE FOREGOING, EITHER PARTY MAY BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT. THIS ARBITRATION PROVISION DOES NOT PRECLUDE YOU FROM BRINGING ISSUES TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL AGENCIES. SUCH AGENCIES CAN, IF THE LAW ALLOWS, SEEK RELIEF AGAINST US ON YOUR BEHALF. THIS ARBITRATION PROVISION SHALL SURVIVE TERMINATION OF THESE TERMS AND THE TERMINATION OF YOUR ACCOUNT.

A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("Notice"). The Notice to us should be addressed to: Campaigner, ATTN: Legal Department, 700 S. Flower St., Suite 1500, Los Angeles, CA 90017, USA ("Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If you and we do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or we may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by us or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or we are entitled. You may download or copy a form Notice and a form to initiate arbitration at www.jams.com. If you are required to pay a filing fee, after we receive notice at the Notice Address that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than US$10,000.

The arbitration will be governed by the JAMS Comprehensive Arbitration Rules & Procedures and the JAMS Expedited Arbitration Procedures (collectively, "JAMS Rules") of JAMS, as modified by the Terms, and will be administered by JAMS. JAMS Rules and Forms are available online at www.jamsadr.com. The arbitrator is bound by the Terms. All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless you and we agree otherwise, any arbitration hearings will take place by video or telephone conference. If your claim is for US$10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by JAMS Rules. If your claim exceeds US$10,000, the right to a hearing will be determined by JAMS Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. The arbitrator is not authorized to award punitive or other damages not measured by the prevailing party's actual damages, and may not, in any event, make any ruling, finding or award that does not conform to the terms and conditions of the Agreement.

We may make a written settlement offer anytime before an arbitrator is selected. If the arbitrator issues you an award that is greater than the value of our last written settlement offer made before an arbitrator was selected (or if we did not make a settlement offer before an arbitrator was selected), then we will pay you the amount of the award or US$1,000, whichever is greater. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by JAMS Rules.

## 18. ADDITIONAL TERMS FOR SMS MESSAGING

Use of our Services for SMS messaging is subject to the following terms, in addition to the other terms of this Agreement.

YOU ARE SOLELY RESPONSIBLE FOR ALL USE (WHETHER OR NOT AUTHORIZED) OF THE SERVICES, INCLUDING ANY SMS MESSAGING SERVICES, UNDER YOUR ACCOUNT. YOU AGREE TO BE SOLELY RESPONSIBLE FOR ALL ACTS AND OMMISSIONS OF YOUR OWN END USERS.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

YOU MAY SEND SMS MESSAGES ONLY IN COMPLIANCE WITH APPLICABLE LAW, WHICH MAY INCLUDE THE TELEPHONE CONSUMER PROTECTION ACT AND ANY AMENDMENTS TO THE ACT, AS WELL AS ANY FCC AND FTC IMPLEMENTING REGULATIONS. IT IS SOLELY YOUR RESPONSIBILITY TO COMPLY WITH APPLICABLE LAW ON SMS MESSAGING, AND NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT, YOU AGREE TO FULLY DEFEND AND INDEMNIFY J2 GLOBAL AGAINST ANY THIRD PARTY CLAIM ARISING OUT OF, OR IN ANY WAY RELATED TO, YOUR USE OF THE SMS MESSAGING FEATURES OF OUR SERVICE.

USE OF SMS MESSAGING SERVICES TO SEND MESSAGES TO RECIPIENTS WHO HAVE NOT PROVIDED EXPLICIT WRITTEN CONSENT TO RECEIVE SMS MESSAGES, OR WHO ARE ON A "DO NOT CALL" LIST, IS EXPRESSLY PROHIBITED.

J2 GLOBAL MAY SUSPEND OR TERMINATE SMS SERVICES AT ANY TIME WITHOUT NOTICE IF J2 GLOBAL DETERMINES IN ITS SOLE DISCRETION THAT SMS SERVICES ARE BEING USED IN VIOLATION OF THIS AGREEMENT OR ANY APPLICABLE LAW OR REGULATION. YOU AGREE NOT TO HOLD J2 GLOBAL RESPONSIBLE FOR ANY SUCH SUSPENSION OR TERMINATION OF SERVICES.

Use of SMS messaging is further subject to the terms set forth in Schedule 1.

## Schedule 1

End-User means: an end-customer of J2 Global who has entered into a contract with J2 Global for the supply of the dotdigital Products. Capitalized terms not defined in this Schedule 1 shall have the same meaning given to the in the in terms and conditions at https://dotdigital.com/terms.

1. End-User's Obligations.

i. The End-User warrants that it shall not: (a) use the Dotdigital Services in any way so as to bring the Dotdigital Services or dotdigital into disrepute; (b) use the Dotdigital Services to send unsolicited or unauthorised advertising, promotional material, 'junk mail', 'spam', 'chain letters' or pyramid schemes including but not be limited to illegal goods or dotdigital Services, internet lead-gen, multi-level marketing, affiliate marketers, marketing or sending of commercial messages without proper express consent (unless agreed by dotdigital otherwise), or payday loans; (c) forge headers or otherwise manipulate identifiers in order to disguise the origin of any content or materials transmitted through the Dotdigital Services; (d) use the Dotdigital Services in a manner which is unlawful, harmful, threatening, abusive, harassing, tortious, indecent, obscene, libellous, menacing or invasive of another person's privacy; (e) use the Dotdigital Services in a manner which infringes the Intellectual Property, proprietary or personal rights of any third party, including data subjects; (f) misuse the Site by introducing viruses, trojans, worms, logic bombs or other material which is technologically harmful; (g) attempt to gain unauthorised access to the Site or Dotdigital Services, the server on which the Site or Dotdigital Services are stored or any server, computer or database connected to the Site or Dotdigital Services; or (h) attack the Site or Dotdigital Services via a denial-of-service attack or a distributed or malicious denial-of-service attack.

ii. The End-User warrants that it shall: (a) comply and ensure that its use of the Dotdigital Services complies with all Codes applicable to the country in which the End-User is registered and recipients of messages reside; (b) provide all reasonable assistance required by dotdigital to enable dotdigital to comply with any requirements or conditions imposed by such Codes; (c) provide, dotdigital, relevant authority, user group or regulator of the Codes with all information or material reasonably requested in order to carry out any investigation in connection with the End-User's use of the Dotdigital Services; and (d) not use

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

the Dotdigital Services to upload or send to records purchased, rented or acquired from a third party in any way. Dotdigital has no responsibility or liability whatsoever howsoever arising directly or indirectly to the End-User for the content of any messages sent using the Dotdigital Services or messages being sent to recipients in breach of the End-User's obligations contained in this clause 5.2.

III. In relation to email messages sent using the Dotdigital Services, End-User warrants that: (a) the End-User will identify itself in every email according to applicable law, but at least with postal address, register number, phone number, email address data and tax registry, where applicable; and (b) it will not use the Service to send email communications advertising or promoting email lists or services supporting unsolicited bulk email. Any End-User who uses the Dotdigital Services to promote or advertise email lists or services supporting unsolicited bulk email will have their account disabled without notice and with immediate effect and no refund of Charges or other payments to dotdigital will be made. Unsolicited bulk email support services may include but are not limited to: services providing service to known spam operations listed on Register of Known Spam Operations (ROKSO), services providing 'bullet-proof hosting' for spam service purposes, services obfuscating or anonymising spam senders, services selling or providing hosting for the sales or distribution of spamware or address lists, and networks knowingly hosting spammers as either stated or de facto policy.

Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.3.

IV. In relation to SMS messages sent using the Dotdigital Services, End-User warrants that (c) it will not attempt to use Dotdigital Services to access or allow access to emergency services or impersonate any other entity; and (d) if End-User has purchased a short code, then End-User will not change the use of that short code from the use stated in any documentation in relation to approval of the short code without first obtaining an amendment to any application for approval of the short code under the new use. Further, should End-User make use of a long telephone number(s), dotdigital reserves the right to reclaim any phone number from End-User's account if, in dotdigital's opinion, End-User does not send sufficient traffic over that phone number such that the phone number is underutilized. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.4.

V. dotdigital monitors messages created by the End-User sent through the dotdigital Services. If dotdigital considers in its reasonable opinion that the End-User is sending messages through dotdigital services in breach of clause 5.1 to 5.4 above, dotdigital may at absolute discretion (taking into account the End-User's track record of use of the Dotdigital Services): (a) suspend provision of the Dotdigital Services; (b) block End-User's access to the Dotdigital Services for such time as in each case is reasonable; and (c) add any recipient contact details to its global suppression list ('GSL'). Dotdigital will usually provide the End-User with prior notice of any suspension, blocking or addition of an email to the GSL, unless immediate action is necessary in the circumstances. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.5.

VI. Where dotdigital suspends or blocks access to the Dotdigital Services pursuant to clause 5.5 above, a member of the dotdigital compliance team shall contact the End-User to: (a) inform the End-User of the action taken or proposed action (where applicable) giving rise to the suspension; (b) explain why the access to the Dotdigital Services is suspended or blocked; (c) to inform the End-User of the remedial actions that the End-User needs to take to rectify the issues with the End-User's use of the Dotdigital Services; (d) inform the End-

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

User of any applicable de-listing fee payable to dotdigital (if necessary and determined in dotdigital's sole discretion); and © to agree on the timescale for the End-User to take the necessary remedial actions. Dotdigital shall only reactivate the Dotdigital Services once the End-User has taken the remedial actions. If the End-User fails to take the remedial actions within the timescale agreed, dotdigital reserves the right to terminate these Terms upon giving notice to the End-User and the End-User shall become immediately liable to pay all outstanding fees for remainder of the unexpired Term.

VII. The End-User will keep its password and other access details for use with the Dotdigital Services confidential and restricted to those members of staff who need to know such details and shall ensure all such staff are aware of the confidential nature of such information and treat it accordingly. The End-User shall notify dotdigital immediately if it believes that such information is no longer secret. The End-User is solely responsible for all activities resulting from use of the End-User's password or account. The End-User will not permit any person to access the Dotdigital Services for any unauthorised purpose that would constitute a breach of these Terms.

VIII. Without prejudice to its other rights in these Terms dotdigital reserves the right to prevent the sending of any messages forming part of the Dotdigital Services or any other item or material made available via the Dotdigital Services by the End-User at any time and without notice, where the content is in dotdigital's reasonable opinion a breach of these Terms. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.8.

IX. The End-User is not permitted to conduct vulnerability scanning, or any form penetration testing against the dotdigital Services or application servers.

2. Ownership & Use of the Intellectual Property Rights

I. dotdigital hereby grants to the End-User a personal, non-exclusive and non-transferable licence to use the Intellectual Property and/or Materials for the duration of these Terms strictly in accordance with these terms only. End-User shall not be entitled to use the Intellectual Property and/or Materials for any other purpose than the use of the Dotdigital Services, including, without limitation, that the End-User shall have no right to copy, translate, reproduce, adapt, reverse engineer, decompile, disassemble, create derivate works, modify, sell, rent, lease, transfer, assign, sub-licence, make any representations, warranties or guarantees with regard to the Intellectual Property and/or Materials in whole or part except as permitted by law.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

20.  Paragraph's 13-19 intend to establish that the email marketing platforms of Aurea and Keap were used without the permission to send the UCE's complaint of in this litigation.  This next paragraph intends to demonstrate that all of the UCE advertisements contain *at least* one domain name that is owned by Aurea OR Keap OR J2 Global.  The relevance of this is explained in section "Relevance to South Dakota Cause of Action " which comes later in this complaint.  Whether or not visible in the screenshots of the UCE's in paragraphs 8-12, each UCE contains one-or-more domains belonging to Keap OR Aurea OR J2 Global, depending on which of the three company's platforms were used (abused) to send that particular UCE.  Some-or-all of the "clickable links" in the UCE's are not URL's (domains) belonging to John Doe sender, EverQuote, or even to the true landing page that the UCE takes the recipient to once they click on the link.  Rather, these links belong to Aurea OR Keap OR J2 Global and "redirect" elsewhere, to redirecting domains which generally are no longer valid or functional.  However, what is important herein is which domains are used in the clickable links (which belong to Aurea OR Keap OR J2 Global respectively.)  The following is a non-exhaustive list of all the links/domains in the "main clickable part" of the email advertisements, sorted by which company they belong to:

Domains belonging to Keap contained in the UCE's

https://fk934.infusion-links.com/api/v1/click/4967282494537728/4604439912906752

https://wu782.infusion-links.com/api/v1/click/5798708781645824/5772670223646720

https://cu939.keap-link003.com/api/v1/click/6187884710592512/5204545628405760

https://ge972.infusion-links.com/api/v1/click/4585531730427904/5158501028855808

https://wu782.infusion-links.com/api/v1/click/4740095854116864/5772670223646720

https://wu782.keap-link005.com/api/v1/click/6244183217405952/5772670223646720

so on and so fourth.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Domains belonging to Aurea contained in the UCE's</u>

<u>http://www.uptilt.com/c.html?</u>

<u>ufl=7&rtr=on&s=lmzp,2r8uz,5mvg,2j59,5fbx,abrp,iyxi&EMAIL_ADDRESS=ketosoup97@gmail.com</u>

<u>http://www.uptilt.com/c.html?</u>

<u>ufl=6&rtr=on&s=lmzp,2r829,5o9t,jvrk,32ro,9ib2,icjd&EMAIL_ADDRESS=ketosoup97@gmail.com</u>

<u>http://www.elabs6.com/c.html?</u>

<u>ufl=5&rtr=on&s=7cn9g,2wcgr,ccrb,11ak,49ku,7qrb,2ub4&EMAIL_ADDRESS=ketosoup97@gmail.com</u>

<u>http://www.elabs6.com/c.html?</u>

<u>ufl=5&rtr=on&s=7cn9g,2wc45,ccrb,79mw,22e9,7qrb,2ub4&EMAIL_ADDRESS=ketosoup97@gmail.com</u>

<u>http://www.elabs6.com/c.html?</u>

<u>ufl=5&rtr=on&s=7cn9g,2wdm8,ccrb,bjt6,3wkf,7qrb,2ub4&EMAIL_ADDRESS=ketosoup97@gmail.com</u>

<u>Domains belonging to J2 Global contained in the UCE's</u>

<u>http://link.emaildir2.com/click/3uzc-2eogy6-7dsyp4-h91h30g0/</u>

<u>pmreg33oorqwg5boivwwc2lmei5ce23forxxg33voa4toqdhnvqws3bomnxw2it5</u>

<u>http://link.emaildir2.com/click/3uzc-2f0p53-9cqkud-h91h30g4/</u>

<u>http://link.emaildir2.com/click/3uzc-2exse9-8wyv4n-h91h30g5/</u>

<u>http://link.emaildir2.com/click/3uzc-2evwz4-8o303j-h91h30g0/</u>

<u>pmreg33oorqwg5boivwwc2lmei5ce23forxxg33voa4toqdhnvqws3bomnxw2it5</u>

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

so on and so fourth…

21.  Of all the links listed in paragraph 20, we only have a handful of domain names which repeat in a pattern throughout the UCE's.  Those domains are:

A.  For Aurea:  infusion-links.com,  keap-link005.com,  keap-link001.com,  keap-link003.com,

B.  For Keap:  elabs6.com,  uptilt.com

C.  For J2 Global:   emaildir2.com

22.  The domains which were listed as links in 20, and sorted into unique "domains" in 21, can be demonstrated as belonging to "Keap" OR "Aurea" OR "J2 Global", through publicly available whois data as follows:

(continued next page)

161
COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23a. infusion-links.com:

**DOMAINTOOLS**  PROFILE  CONNECT  MONITOR  SUPPORT    Whois Lookup

Whois Record ( last updated on 2022-03-28 )

```
Domain Name: infusion-links.com
Registry Domain ID: 2489247613_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2022-01-06T09:40:02+0000
Creation Date: 2020-02-06T19:26:37+0000
Registrar Registration Expiration Date: 2024-02-06T00:00:00+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Infusion Software
Registrant State/Province: AZ
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Admin Organization: Infusion Software
Admin State/Province: AZ
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Tech Organization: Infusion Software
Tech State/Province: AZ
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Name Server: ns-cloud-a1.googledomains.com
Name Server: ns-cloud-a2.googledomains.com
Name Server: ns-cloud-a4.googledomains.com
Name Server: ns-cloud-a3.googledomains.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
   https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23b. keap-link005.com

**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   [ Whois Lookup   🔍 ]

Whois Record ( last updated on 2022-03-28 )

```
Domain Name: keap-link005.com
Registry Domain ID: 2564404098_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2021-01-15T17:46:32+0000
Creation Date: 2021-01-12T23:54:36+0000
Registrar Registration Expiration Date: 2023-01-12T23:54:36+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Keap
Registrant State/Province: Arizona
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Admin Organization: Keap
Admin State/Province: Arizona
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Tech Organization: Keap
Tech State/Province: Arizona
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Name Server: ns-cloud-e3.googledomains.com
Name Server: ns-cloud-e1.googledomains.com
Name Server: ns-cloud-e4.googledomains.com
Name Server: ns-cloud-e2.googledomains.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
   https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23c. keap-link001.com

**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT      Whois Lookup        🔍

---

Whois Record ( last updated on 2022-03-28 )

---

```
Domain Name: keap-link001.com
Registry Domain ID: 2584404100_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2021-01-15T17:45:26+0000
Creation Date: 2021-01-12T23:54:36+0000
Registrar Registration Expiration Date: 2023-01-12T23:54:36+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email:  abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Keap
Registrant State/Province: Arizona
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link001.com
Admin Organization: Keap
Admin State/Province: Arizona
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link001.com
Tech Organization: Keap
Tech State/Province: Arizona
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link001.com
Name Server: ns-cloud-d4.googledomains.com.
Name Server: ns-cloud-d3.googledomains.com.
Name Server: ns-cloud-d2.googledomains.com.
Name Server: ns-cloud-d1.googledomains.com.
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
   https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23d. Keap-link003.com

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    | Whois Lookup    🔍 |

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: keap-link003.com
Registry Domain ID: 2584404101_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2021-01-14T23:22:29+0000
Creation Date: 2021-01-12T23:54:36+0000
Registrar Registration Expiration Date: 2023-01-12T23:54:36+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email:  abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Keap
Registrant State/Province: Arizona
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Admin Organization: Keap
Admin State/Province: Arizona
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Tech Organization: Keap
Tech State/Province: Arizona
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Name Server: ns-cloud-d3.googledomains.com.
Name Server: ns-cloud-d2.googledomains.com.
Name Server: ns-cloud-d4.googledomains.com.
Name Server: ns-cloud-d1.googledomains.com.
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
  https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23e. Elabs6.com

**DOMAINTOOLS**  PROFILE ▾  CONNECT ▾  MONITOR ▾  SUPPORT   Whois Lookup 🔍

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: elabs6.com
Registry Domain ID: 197939809_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.gandi.net
Registrar URL: http://www.gandi.net
Updated Date: 2021-07-14T19:29:12Z
Creation Date: 2005-08-18T15:10:05Z
Registrar Registration Expiration Date: 2022-08-18T17:10:05Z
Registrar: GANDI SAS
Registrar IANA ID: 81
Registrar Abuse Contact Email:  abuse@supportgandi.net
Registrar Abuse Contact Phone: +33.170377661
Reseller: Amazon Registrar, Inc.
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhib
ited
Domain Status:
Domain Status:
Domain Status:
Domain Status:
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Aurea Software
Registrant Street: 63-65 boulevard Massena
Registrant City: Paris
Registrant State/Province: Paris
Registrant Postal Code: 75013
Registrant Country: FR
Registrant Phone: +33.170377666
Registrant Phone Ext:
Registrant Fax: +33.143730576
Registrant Fax Ext:
Registrant Email:  4fab1d88b890fd679be0f438efe45c90-4209521@contact.gandi.net
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: Aurea Software
Admin Street: 63-65 boulevard Massena
Admin City: Paris
Admin State/Province: Paris
Admin Postal Code: 75013
Admin Country: FR
Admin Phone: +33.170377666
Admin Phone Ext:
Admin Fax: +33.143730576
Admin Fax Ext:
Admin Email:  4fab1d88b890fd679be0f438efe45c90-4209521@contact.gandi.net
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: Aurea Software
Tech Street: 63-65 boulevard Massena
Tech City: Paris
Tech State/Province: Paris
Tech Postal Code: 75013
Tech Country: FR
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

23f.  Uptilt.com

**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   | Whois Lookup   🔍 |

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: uptilt.com
Registry Domain ID: 11070489_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.gandi.net
Registrar URL: http://www.gandi.net
Updated Date: 2021-09-02T19:30:21Z
Creation Date: 1999-10-07T05:30:04Z
Registrar Registration Expiration Date: 2022-10-07T07:30:04Z
Registrar: GANDI SAS
Registrar IANA ID: 81
Registrar Abuse Contact Email:  abuse@support.gandi.net
Registrar Abuse Contact Phone: +33.170377661
Reseller: Amazon Registrar, Inc.
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhib
ited
Domain Status:
Domain Status:
Domain Status:
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Aurea Software
Registrant Street: 63-65 boulevard Massena
Registrant City: Paris
Registrant State/Province: Paris
Registrant Postal Code: 75013
Registrant Country: FR
Registrant Phone: +33.170377666
Registrant Phone Ext:
Registrant Fax: +33.143730576
Registrant Fax Ext:
Registrant Email:  cea0a56bdf6ec999d847859a9cf5076f-4002323@contact.gandi.net
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: Aurea Software
Admin Street: 63-65 boulevard Massena
Admin City: Paris
Admin State/Province: Paris
Admin Postal Code: 75013
Admin Country: FR
Admin Phone: +33.170377666
Admin Phone Ext:
Admin Fax: +33.143730576
Admin Fax Ext:
Admin Email:  cea0a56bdf6ec999d847859a9cf5076f-4002323@contact.gandi.net
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: Aurea Software
Tech Street: 63-65 boulevard Massena
Tech City: Paris
Tech State/Province: Paris
Tech Postal Code: 75013
Tech Country: FR
```

23g. EmailDir2.com: (J2 Cloud Services LLC was owned by J2 Global Inc at all times material)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

Home > Whois Lookup > EmailDir2.com

## Whois Record for EmailDir2.com

**– Domain Profile**

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY (DT) |
| Registrant Org | J2 Cloud Services, LLC |
| Registrant Country | us |
| Registrar | CSC CORPORATE DOMAINS, INC. CSC Corporate Domains, Inc. IANA ID: 299 URL: www.cscprotectsbrands.com,http:/cscdbs.com Whois Server: whois.corporatedomains.com domainabuse@cscglobal.com (p) 18887802723 |
| Registrar Status | clientTransferProhibited |
| Dates | 4,686 days old Created on 2009-06-18 Expires on 2022-06-18 Updated on 2021-10-26 |
| Name Servers | NS-1321.AWSDNS-37.ORG (has 50,433 domains) NS-1797.AWSDNS-32.CO.UK (has 233 domains) NS-389.AWSDNS-48.COM (has 1,040 domains) NS-640.AWSDNS-16.NET (has 33 domains) |
| Tech Contact | — |
| IP Address | 69.19.128.181 is hosted on a dedicated server |
| IP Location | - California - Sacramento - Emaildirect Inc. |
| ASN | AS14265 US-TELEPACIFIC, US (registered Nov 17, 1999) |
| Domain Status | Registered And No Website |
| Registrar History | 3 registrars |
| Hosting History | 7 changes on 6 unique name servers over 13 years |

**– Website**

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 2022-04-17 )

```
Domain Name: emaildir2.com
Registry Domain ID: 1559659563_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.corporatedomains.com
Registrar URL: www.cscprotectsbrands.com
      http://cscdbs.com
Updated Date: 2021-10-26T14:53:36+00:00
      2021-10-26
Creation Date: 2009-06-18T18:47:51+00:00
      2009-06-18
Registrar Registration Expiration Date: 2022-06-18T22:47:51+00:00
      2022-06-18
Registrar: CSC CORPORATE DOMAINS, INC.
      CSC Corporate Domains, Inc.
Sponsoring Registrar IANA ID: 299
Registrar Abuse Contact Email: domainabuse@cscglobal.com
Registrar Abuse Contact Phone: 18887802723
Status:
      clientTransferProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization: J2 Cloud Services, LLC
Registrant Street: 700 S. Flower St., 15th Floor
Registrant City: Los Angeles
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

24. While the Keap-associated domains do not currently have much of a website-appearance, the Aurea-associated domains uptilt.com and elabs6.com have webpages associated with Lyris Inc (owned by Aurea), as follows:

elabs6.com webpage:



(continued next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

uptilt.com webpage:



(continued next page)

170

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

25.  The sole J2 Global-associated domain appearing in some of the Ketosoup UCE's has a

webpage: link.emaildir2.com, which appears as follows:



**← → C   A Not secure | link.emaildir2.com**

**Picture of Secret...   G mans search for...   No alternative te...   Avaaz   Post Image   Eric**

## *campaigner*®

### Something went wrong. Perhaps we can help.

Campaigner® is an email service provider, and email sent from **link.emaildir2.com** comes from our subscribers. So we're guessing a Campaigner subscriber sent you a message with this link in it. Sorry for any trouble this caused you.

Sometimes this issue is caused by the email client that you're using or other software you have installed such as antivirus software. You could try clicking on the link again or opening the email on another device and clicking on it there. Otherwise, please contact support@campaigner.com anytime.

If you clicked on this link because you wanted to unsubscribe from the email, or if you would like to report it as unsolicited, please forward the original message to us at postmaster@campaigner.com, and we will handle it right away. (Please forward the entire message, including the headers, and add a short note explaining the problem.)

Campaigner is a founder and member of the Email Sender & Provider Coalition — an organization designed to combat the proliferation of spam. So we take extremely seriously the sending practices of our subscribers — and we demand that they practice permission-based email marketing.

Again, we apologize for any inconvenience.

—The Campaigner Team

© 2022 j2 Global. All rights reserved. Campaigner® is a trademark of j2 Global, Inc. and its affiliates. Privacy Policy | Terms & Conditions | Anti-Spam Policy

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

26.   Even the few UCE's which do not contain a domain from Keap OR Infusionsoft OR J2 Global as the "main clickable link" in the UCE...such UCE's still contain one-or-more domains from Keap OR Infusionsoft OR J2 Global within the UCE, and depend on such domains for the proper display and functionality of the spam.  For example, one of the UCE's has a domain attributable to John Doe sender as the "main clickable link" as follows:  http://clicks.nationalsurveysonline.com/c.html?ufl=6&rtr=on&s=lmzp,2r932,5o9t,fmk0,edk8,9ib2,icjd&EMAIL_ADDRESS=ketosoup97@gmail.com.

Granted this domain is attributable to John Doe, not to Keap OR Aurea OR J2 Global.

HOWEVER...that same UCE contains this Aurea-owned domain to load the image of the advertisement.

http://www.uptilt.com/content/1009573/ten/cheapauto_insurancesavingsIO_22225_010.png

**Relevance to South Dakota Cause of Action**

27.   SDCL 37-24-47 "Prohibited commercial e-mail advertisements" states:

No person may advertise in a commercial e-mail advertisement either sent from South Dakota or to a South Dakota electronic mail address under any of the following circumstances:

(1)   The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;

(2)   The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;

(3)   The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

28. Each and every one of the Ketosoup UCE's violates 37-24-47(1):  Third party's domain names are used in each and every UCE without the permission of the third party.  This is because:

A)  All of the UCE's are alleged to have been sent through Aurea OR Keap OR J2 Global, as thoroughly discussed above in this complaint.

B)  Further, the use of Aurea, Keap, or J2 Global's services in the sending of these UCE's, in any way, shape, or form, is an overwhelming breach...multiple breaches...of the John Doe sender's contract with those companies, as thoroughly discussed above in this complaint.  The sending of these UCE's through these platforms constitutes an overuse of those company's permission to utilize their services, as the sending of emails of this nature, under these circumstances,is strictly and expressly prohibited in extremely and abundantly clear terms.

C)  The use of Aurea OR Keap OR J2 Global's services, **including their domain names** which are contained in and material to the functioning of the UCE's, considering the point made above in B, AND considering the proof-of-ownership of the domains contained in the UCE's as demonstrated earlier in this complaint, it is clear that the "email advertisement(s) [the UCE's] contain or is accompanied by a third-party's domain name(s) [Aurea, Keap, J2 Global] without the permission of the third party [Aurea, Keap, J2 Global].

29. Each and every UCE [Hammer UCE's and KetoSoup UCE's] violates SDCL 37-24-47(2) for several independent reasons:

A:  For the ketosoup UCE's: The 'from domain' is one of John Doe's untraceable domains, for which the untraceable whois data is posted earlier in this complaint.  Untraceable domain names alone constitute a *materially falsified header* in the 9th circuit (Greenberg V Digital Media Solutions).  Considering that SDCL 37-24-41, 37-24-47, and 37-24-48 are virtually "copy and paste" from California's Spam Law (Business and Professions Code 17529.5), and California is within the 9th circuit, the CA Spam Law findings are extremely relevant to this SD Anti-Spam Law

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1    case and should be recognized.  After all, SD Anti-Spam law has very little case-law of any kind,

2    but the near-identical CA Anti-Spam Law has seen plenty of litigation. Pursuant to *Greenberg V*

3    *Digital Media Solutions*, the untraceable "from domains" constitute a *materially forged header* and

4    thus violate the non-preempted portion of state spam law…and further that ("Advertisers") are

5    strictly liable for that untraceable 'from domain' even if such untraceable domain is the work of the

6    ("Sender") / ("Initiator").

7    B:  For the Hammer UCE's, while Plaintiff does not concede that the 'from domain' is accurate or

8    traceable in these UCE's, he finds it irrelevant to complaint of the from domains in the Hammer

9

10   UCE's because of the 'jaw-droppingly-overwhelming' falsification of the recipients email address

11   in the "TO" field in all but three of the Hammer UCE's.  Plaintiff warrants that all of the hammer

12   UCE's were received at thehebrewhammerjosh@gmail.com.  Plaintiff further warrants that he does

13   NOT own, or have any affiliation with the email addresses "Joshua@gmail.com",

14   "Joshua@aol.com", "thehebrewhammerjosh@aol.com".  However, none but three of the Hammer

15   UCE's has a header which correctly states that the UCE was sent TO

16

17   "thehebrewhammerjosh@gmail.com", rather the header in all but three of the Hammer UCE's state

18   that the particular UCE was sent TO [and received by] "Joshua@aol.com, Joshua@gmail.com, or

19   thehebrewhammerjosh@aol.com."

20   C:  While Plaintiff does not insist on any particular label in the 'from line', the Hammer AND

21   ketosoup UCE's use either a generic non-identifying from line OR one of Everquotes various [to

22   best of plaintiff's knowledge and belief] "unregistered" dba's.  For example, they appear [non-

23   exhaustively] as "ProvideInsurance, Provide Auto, Provide*Insurance, Provide Insurance,

24   TheProtectAuto, Offers@ProvideInsurance, PROVIDEAUTO, Provide -- Insurance, [and for the

25

26   KetoSoup UCE's] Cheap Auto Insurance Savings, Ian atProvide, Job @ Provide Insurance,

27   Meredith @ Provide Insurance CheapAutoInsurance, Cheap Auto Insurance Savings, - Compare

28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1  Your Options!" This violates 37-24-47(2) outright because it does not identify the company

2  advertising in the email (EverQuote Inc), AND it does not identify the sender of the email (John

3  Doe Sender for Ketosoup UCE's, or various unknown senders for the Hammer UCE's).As written,

4  the UCE's appear to have come "from" these [believed to be] unregistered dba's of EverQuote

5  (Provide Auto, ProvideInsurance, Cheap Auto Insurance Savings, etc).  It is all the more

6  'misleading' that these [believed to be] unregistered dba's are purported in the FROM line, as if to

7  suggest that those unregistered entities/brands sent the emails themselves...or is an entity which can

8  be held accountable, whereas EverQuote Inc, or EverQuote, is the true ("Advertiser") and John Doe

9
10  is the true ("Sender") [at least of the ketosoup emails].  Outright misleading indeed.

11  30.  Not a single UCE, including in the Hammer UCE's or the KetoSoup UCE's, does not have at

12  LEAST one violation of SDCL 37-24-47, as described above, even if not directly "spelled out for a

13  small handful of the 108 UCE's."  A majority of these UCE's violate both  37-24-47(1) AND 37-

14  24-47(2), and/or violate 37-24-47(1) in multiple ways (eg falsified/misrepresented FROM line, from

15  domain, and TO line, or any combination.)

16
17  **$1000 Liquidated Damages Awarded PER EMAIL in violation, not $1000 PER VIOLATION**

18  31.  Pursuant to 37-24-48(2), "Liquidated damages of one thousand dollars for each unsolicited

19  commercial e-mail advertisement transmitted in violation of such section, up to one million dollars

20  per incident.", each email which violates SDCL 37-24-47(1) AND/OR SDCL 37-24-47(2)

21
22  AND/OR SDCL 37-24-47(3) shall constitute an additional $1000 awarded to the recipient.

23  Therefore, it is irrelevant to establish which specific UCE's contain which violations under 1,2, and

24  3 from 37-24-47, rather that each email contains at MINIMUM one such violation upon which

25  relief can be granted.  This burden of proof has been accomplished in this complaint,

26  overwhelmingly so, and in tremendous detail in this nearly 200 page complaint.

27
28

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Plaintiff's South Dakota Spam Law Claims are Not Preempted by the CAN-SPAM Act of 2003.**

32.  In contrast to what opposing counsel regularly argues to Plaintiff, South Dakota's Anti-Spam law is not preempted by the CAN-SPAM Act. SD Anti-Spam law is nearly-identical to California's Business and Professions Code 17529.5 ("CA Anti-Spam Law"), and cases under CA Anti-Spam law, on similar grounds, are routinely with merit, and often prevail. See Balsam V Trancos. In late 2021, a Federal Judge in the Southern District of Florida, in Plaintiff's own case Lapin V Apptness Media Group LLC, ruled that SD Anti-Spam law is not preempted by Federal Law, as seen from the honor's opinion:  [on next page].

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

The Court first considers whether it may exercise federal question jurisdiction over this case. Defendant asserts that federal question jurisdiction exists because Plaintiff's single claim under the SD Anti-Spam Law, S.D. Codified Laws §§ 37-24-42 through 37-24-48, "is completely preempted" by the Controlling the Assault of Non-Solicited Pornography and Marketing Act ("the CAN–SPAM Act"), 15 U.S.C. § 203 *et seq.* [ECF No. 1 ¶ 6]. This Court disagrees: the CAN–SPAM Act does not completely preempt Plaintiff's state law claim because Plaintiff has no federal remedy under the CAN–SPAM Act.

The SD Anti-Spam Law, the state statute at issue in this case, provides in relevant part:

> No person may advertise in a commercial e-mail advertisement either sent from South Dakota or sent to a South Dakota electronic mail address under any of the following circumstances: . . . (3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

S.D. Codified Laws § 37-24-47.

The CAN–SPAM act has an express preemption clause that provides as follows:

> This chapter supersedes any statute, regulation, or rule of State . . . that expressly regulates the use of electronic mail to send commercial messages, except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached hereto.

33. The court will note that the Federal Judge who issued this opinion analyzed the same part of SD Anti-Spam law that is material to this complaint, and which gives rise to this suit. Further, let us take a closer look at CAN-SPAM's express preemption clause:

*This Act supersedes any statute, regulation, or rule of a State or political subdivision of a State that expressly regulates the use of electronic mail to send commercial messages, except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached thereto.*

Throughout the complaint, claims of falsity and deception have been alleged, and any portions of emails which violate potentially-preempted parts of the section have been left out of this complaint.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**The recipient email addresses (ketosoup97@gmail.com and thehebrewhammerjosh@gmail.com) are "South Dakota electronic Mail Address[es]"**

34. ketosoup97@gmail.com, and thehebrewhammerjosh@gmail.com, the email addresses in which the UCE's were received, are email addresses that are "furnished to the Plaintiff". Plaintiff, at all times material, was-and-is a legal resident of the State of South Dakota. (Paragraph 2). SDCL 37-24-41(14) defines a "South Dakota Electronic Mail Address" as follows:

"South Dakota electronic mail address" or "South Dakota e-mail address," any of the following:

      (a)   An e-mail address furnished by an electronic mail service provider that sends bills for furnishing and maintaining that e-mail address to a mailing address in this state;
      (b)   An e-mail address ordinarily accessed from a computer located in this state; or
      (c)   An e-mail address furnished to a resident of this state;

Therefore, ketosoup97@gmail.com + thehebrewhammerjosh@gmail.com is and was at all times material, South Dakota electronic mail address[es] as defined under 37-24-41(14)(C) because [they are] "An e-mail address [ketosoup97@gmail.com] + [thehebrewhammerjosh@gmail.com] furnished to a resident of this state [Plaintiff Joshua Lapin]".

**EverQuote Inc is strictly liable for UCE's it did not send**

35. Since EverQuote Inc advertised in UCE's sent by John Doe sender, EverQuote is an ("Advertiser") as defined by 37-24-41(1):

(1) "Advertiser," a person or entity that advertises through the use of commercial e-mail advertisements;

37-24-48 prescribes $1000 liquidated damages per email in breach, for those who violate, among other sections, "37-24-47":

37-24-47 calls out ("Advertisers") by name: [important parts bolded]:

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**37-24-47.** Prohibited commercial e-mail advertisements.

No person may **advertise** in a commercial e-mail advertisement either sent from South Dakota or sent **to a South Dakota electronic mail address** under any of the following circumstances:
   (1) **The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;**
   (2) **The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;**
   (3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

Therefore, relief against ("Advertiser") EverQuote Inc can be granted for each UCE complained of.

**John Doe is vicariously liable for UCE's it sent on behalf of EverQuote Inc**

36. John Doe is a sender or ("Initiator") of these UCE's as defined in SDCL 37-24-41(8): "Initiate," "to transmit or cause to be transmitted a commercial e-mail advertisement or assist in the transmission of a commercial e-mail advertisement by providing electronic mail addresses where the advertisement may be sent, but does not include the routine transmission of the advertisement through the network or system of a telecommunications utility or an electronic mail service provider through its network or system."  Since DOE transmitted these UCE's through the use-and-abuse of the Keap, Aurea, and J2 Global's email marketing platforms.  While John Doe is not considered to be an ("Advertiser"), they can still be held liable under a classic aiding and abetting theory:  They sent and "caused to be transmitted" the illegal emails in which EverQuote Inc is alleged to have illegally Advertised within.  "But not for" John Doe's role in causing the transmittal of these spams, the tort for the KetoSoup UCE's would not have been committed, and John Doe shall be held jointly and severally liable for the damage vis-a-vis the KetoSoup UCE's only.  John Doe also chose to "register by proxy" various domains names which they use to send mass UCE, and also to leave the WHOIS data inaccurate in some cases, and "by proxy" in others, therefore "covering their

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

tracks" and remaining unidentifiable.  Further, John Doe is alleged to have caused the from 'names' to be sent as they appear, even though such from lines are misrepresented, inaccurate, and do not identify John Doe Sender nor EverQuote Inc and incorrectly present that the alleged unregistered dba's of EverQuote sent the spams.

**Prayer For Relief**

37.  Plaintiff prays that the court grant relief against Defendants for their roles in this Unsolicited Commercial Email complaint, as described throughout this complaint, by entering judgment as follows:

EverQuote Inc: $1000 statutory liquidated damages pursuant to 37-24-48(2), X 108 separate [34 Hammer AND 74 Ketosoup] UCE's = $108,000, in addition to the reasonable costs associated with filing and maintaining this action, and for service of process, jointly and severally.

John Doe Sender: $1000 statutory liquidated damages X 74 separate [ketosoup] UCE's = $74,000, in addition to the reasonable costs associated with filing and maintaining this action and for service of process, jointly and severally along with EverQuote Inc, for their role in aiding and abetting Defendant EverQuote Inc in committing these violations of 37-24-48(2), for the 74 KetoSoup UCE's only. Plaintiff does not sue John Doe for liability over the 34 Hammer UCE's.

**Jurisdiction**

**-Personal Jurisdiction**

38.  This court has personal (specific) jurisdiction because:

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

1) The plaintiff, at all times material to the complaint, is and was a resident of South Dakota with a legal residential address in Sioux Falls, South Dakota.

2) The "cause of action" occurred in the state of South Dakota. Despite the fact that plaintiff was present physically outside of the State of South Dakota at most times material, the tort action is NOT "Plaintiff receiving the spam emails", rather the tort is that "Spam emails were sent TO a South Dakota electronic mail address" as written into the cause of action:

SDCL 37-24-47 *"Prohibited commercial e-mail advertisements" states:*

*No person may advertise in a commercial e-mail advertisement either sent from South Dakota **to a South Dakota electronic mail address** under any of the following circumstances:*

Therefore, when this court determines WHERE this cause of action occurred, it should consider that the South Dakota email address is granted its status as a South Dakota electronic mail address by way of 37−24−14(14)(C): *"An e-mail address furnished to a resident of this state;"*

and that particular resident (Plaintiff Joshua Lapin), is a legal resident of Sioux Falls, South Dakota:



Plaintiff presents the following exhibits on his own free will, and therefore is not violating his own privacy rights:

COMPLAINT

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

3) Independently but in addition to the Plaintiff's residency and the location in which the tort action occurred, South Dakota's long-arm statute, codified at 15-17-2, authorizes this court to exert personal jurisdiction over both EverQuote and John Doe:

§ 15-7-2 reads:

Any person is subject to the jurisdiction of the courts of this state as to any cause of action arising from the doing **personally [EverQuote]**, through any employee, **through an agent [John Doe]** or through a subsidiary, of any of the following acts:

[amongst other acts]

15-17-2(2) The commission of any act which results in accrual within this state of a tort action; AND

15-17-2(14) The commission of any act, the basis of which is not inconsistent with the Constitution of this state or with the Constitution of the United States.

15-17-2(14) should be interpreted to mean "any reason which does not interfere with Defendants due process rights."

Both defendants, personally [EverQuote Inc] or through an agent [John Doe] commissioned an act which resulted within this state a tort action, as it relates to 15-17-2(2),and further…both defendants committed an act for which they can reasonably expect to be hauled into a South Dakota court, as it relates to 15-17-2(14).

**- Long-Arm Jurisdiction over the Non-Resident Defendants does NOT violate their Due Process Rights**

39. Above, we established that South Dakota state statute authorizes specific, personal jurisdiction over both defendants in this case.  However, Plaintiff has come to understand that such authorization from state statute is not the only consideration this court has to consider, specifically

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

the question of "Does exercising personal jurisdiction over non-resident defendants conform with due process?"  Phrased differently, "does the exercise of personal jurisdiction over a nonresident, under the circumstances, offend "traditional notions of fair play and substantial justice." The South Dakota Supreme Court has issued a three-pronged test to address this very concern (Marschke v. Wratislaw)

*First, the defendant must purposefully avail himself of the privilege of acting in the forum state, thus invoking the benefits and protections of its laws. Second, the cause of action must arise from [the] defendant's activities directed at the forum state. Finally, the acts of [the] defendant must have substantial connection with the forum state to make the exercise of jurisdiction over [the] defendant a reasonable one.*

40. Let us address this three-pronged test in segments, labeled A-C:

A) The defendant must purposefully avail himself of the privilege of acting in the forum state.

The defendants have sent, or advertised within, UCE's that are all of the following:

I) illegal under South Dakota Law [and under the cause of action] and under Federal Law

II) 108 separate illegal UCE's, directed at a ("South Dakota Electronic Mail Address")

III) The Defendants were attempting to advertise their auto insurance quotes to South Dakota and in South Dakota by sending many UCE's to two different ("South Dakota Electronic Mail Address[es]"),  and to a South Dakota resident, and therefore the Defendants had availed themselves to the benefits and protections of the State of South Dakota.  Additionally, EverQuote actively and purposely targets South Dakota and South Dakotans to advertise the same auto quotes which appear in all the UCE's, as shown on next page:

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D



## Minimum auto insurance in South Dakota

South Dakota requires a few types of car insurance: Liability plus uninsured and underinsured motorist coverage. But none of these required insurance types will cover damage to your own car – for that you'll need collision and comprehensive coverage.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

IV)  Defendant EverQuote purposefully and intentionally advertises its Auto Insurance Quotes in South Dakota, and To South Dakota, and therefore, has availed itself to the benefits and protections of the forum.  EverQuote has a webpage dedicated to Auto Insurance For South Dakotans, which contains very specific information about insurance minimums in the State of South Dakota, and South Dakota average auto [collision/liability/comprehensive] insurance and coverage.  At the time of this complaint, this webpage is available at https://www.everquote.com/auto-insurance/cheap-car-insurance-south-dakota/, and defendants are on NOTICE TO PRESERVE this page exactly as it currently appears and appeared at all times material.  A copy of this webpage it shown above, and also below on the next page, so that the court can see the depth and sophistication of EverQuote's relevant contacts with South Dakota and with the forum:

(continued next page)

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

# SOUTH DAKOTA AUTO INSURANCE REQUIREMENTS

## LIABILITY INSURANCE MINIMUMS

Liability insurance pays for the injuries and damage you cause to others



**$25,000**
Bodily injury coverage
*per person*

**$50,000**
Bodily injury coverage
*per accident*

25/50/25

**$25,000**
Property damage
coverage

## UNINSURED MOTORIST COVERAGE IN SOUTH DAKOTA

Pays your medical bills if you're hit by someone with no liability insurance

Uninsured Motorist (UM) and Underinsured Motorist (UIM) coverage are
both required in South Dakota with minimum limits of:



$25,000
UM/UIM coverage per person

$50,000
UM/UIM coverage per
accident

**EVERQUOTE**

More car insurance choices

More car insurance choices

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

Medical payments (MedPay): MedPay covers medical bills and funeral expenses for you or others who are riding in or driving your car. You can make a MedPay claim no matter who was at fault. This includes hospital, dental and chiropractic bills. MedPay also covers you if you're a pedstrian and hit by a car. In South Dakota you must be offered MedPay, accidental death insurance and disability insurance. You can buy all or some of them.

**Comprehensive coverage:** For damage caused by hitting an animal, flood, hail, fire, vandalism, falling objects and explosions. It also cover car theft. If you have a car loan or lease you're likely required to have it.

**Collision coverage:** For damage to your car from by hitting another car or an object such as a fence or tree. If you have a car loan or lease you're likely required to have it.

**Rental reimbursement:** Pays for a rental car if your vehicle is being repaired for damage from a car accident.

## You must show an insurance ID card (or other proof of financial responsibility) when:

- Law enforcement requests it.
- Your vehicle is involved in a car accident.

## Penalties for not having car insurance in South Dakota

- Failure to maintain financial responsibility in South Dakota is a Class 2 misdemeanor (punishable by up to 30 days imprisonment and/or up to a $500 fine).
- Providing false evidence of financial responsibility is a Class 1 misdemeanor (punishable by up to one year imprisonment and/or up to a $1,000 fine).
- Both result in a suspension of driver's license for a period of not less than 30 days and not to exceed one year.

*Source: Property Casualty Insurers Association of America*

*Updated Sept. 3, 2019*

**More:**

---

Homeowners insurance in South Dakota ⊙

---

Motorcycle insurance ⊙

---

Free auto insurance quotes ⊙

---

**Fast, Free Auto Insurance Quotes**
Your ZIP Code

ZIP Code

✓Continue

Company

Home

About us

Help

Contact

Careers

Pro

For Agents

FAQ For Agents

Insurance Sales Tips

Insurance Agent Tips

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Copyright © 2022 EverQuote, Inc.

Do Not Sell My Info
Privacy Policy
About our ads
Terms of use

Press Room
Investors
More
Legal

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC353349110

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

B)  The Cause of Action must arise from the defendants activities directed at the forum state:

The cause of action is the advertising within UCE, [or the "causing the transmittal of" UCE] to a "South Dakota electronic Mail Address" in violation of South Dakota law.  The defendants activities in South Dakota IS the commercial email solicitation, and IS the attempt to solicit South Dakotans to provide their personal contact information in exchange for an Auto Quote.  Further each and every UCE advertises the very auto insurance quotes that EverQuote **ACTIVELY** promotes and directs towards South Dakota residents as shown on the webpage above. Therefore, the defendants activities within the form are closely related to the cause of action...arise out of the cause of action, and is essentially identical to the cause of action.

C)  The acts of [the] defendant must have substantial connection with the forum state to make the exercise of jurisdiction over [the] defendant a reasonable one.

As it relates to the third prong, the South Dakota Supreme court in (Marschke v. Wratislaw) advised as to the third prong:

*"[a]n important factor bearing upon reasonableness of asserting jurisdiction is to determine if defendant's conduct and connection with the forum state are such that he would have reasonably anticipated being brought into court here."*

For Defendant John Doe, the answer is "Yes.".  As the sender or ("Initiator") of UCE, they can reasonable anticipate being brought into a South Dakota Court because by sending unsolicited commercial email, without consent or a preexisting relationship with the recipients, AND whereas those same UCE's have characteristics deeming them to be unlawful under FEDERAL law, as well as the non-preempted portions of South Dakota law, and therefore they reasonably could (or should have) anticipated being brought into the courts of South Dakota, as well as the courts of any other state that has enacted anti-spam legislation, in which those UCE's end up. Furthermore, their close involvement in the commission of this tort makes the exercise of jurisdiction reasonable under a

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

classic theory of "conspiracy theory of jurisdiction". Finally, the court should give significant "weight" to judicial efficiency, and exercise personal jurisdiction over John Doe, to avoid duplicate litigation and uncertain.... and perhaps contradictory... outcomes.

For Defendant EverQuote, the court should consider that the UCE's constitute EverQuote's marketing attempt to solicit individuals to provide their information, including their name, email address, and address in exchange for auto quotes, that EverQuote does purposefully directs that same product/service (auto quotes towards South Dakotan state-forum, and that EverQuote is registered in the State of South Dakota to transact business. While Plaintiff concedes that registered in the state of South Dakota is not **on its own** a basis for the exercise of jurisdiction pursuant to SDCL 59-11-21, it should consider EverQuote's purposeful registration of itself in the State of South Dakota IN COMBINATION with EverQuote's activities within South Dakota / directed at South Dakota, AND with the relevance of those activities with the cause of action.

41. Finally, the "exercise of jurisdiction over [the] defendant," is even more reasonable, and even less burdensome, than in years past...as Virtual/Zoom/Telephonic Court is now available, and with leave of the court, most (likely all) physical in-person appearances, hearings, and even depositions, can be conducted virtually or telephonically. As plaintiff travels full-time, and is in a different country every 30 days, and started writing this complaint in The Phillipines and is finishing it now in Bali, Indonesia, he intends to request such leave, and would encourage the Massachusetts defendant (EverQuote) and John Doe to request the same if it would lessen the burden on them. Thus, in post-pandemic America, it has never been easier, more cost effective, convenient, or less burdensome, to be hauled into an out-of-state court.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**In The Event Of Lack Of Personal Jurisdiction, Dismissal Should Be Without Prejudice**

42. While the Plaintiff believes strongly that the defendants can and should answer for their South Dakota tort actions in a South Dakota court, and that the practice of long-arm jurisdiction over the defendants is fair, legal, ethical, and complies with due process...in the even this court dismisses this action due to lack of personal jurisdiction over the non-resident defendants, such a dismissal should be one "without prejudice", as such a dismissal would not be a merits determination, and as such, the plaintiff should not be barred from re-filing this suit in Defendants home forum in Massachusetts, or in John Doe's unknown forum.

**In The Event Of Lack Of Personal Jurisdiction, This Court Should Transfer to District of Massachusetts Instead of Dismissing the Action**

43. With respect to the Plaintiff's substantial and sufficient argument that this court has personal jurisdiction over EverQuote AND John Doe, if this court finds otherwise, justice would best be served by transferring this action to the District of Massachusetts, where Defendant EverQuote is principled [specifically in Cambridge, MA].  As such, the District of Massachusetts, Eastern Division (Boston) has general jurisdiction over EverQuote Inc, and this action "might have been brought" there, and therefore such a transfer would be appropriate and warranted pursuant to 28 U.S. Code § 1404(a).

**Subject Matter Jurisdiction**

44. This court has subject matter jurisdiction because the sole cause of action arises from South Dakota Law, the amount in controversy $75,000, none of the plaintiffs are citizens of the same state as any of the non-DOE defendants, and thus this court may hear matter sitting in diversity.

DocuSign Envelope ID: 0D316447-98A3-4FEC-9901-ECC35334911D

**Venue**

45.  As Plaintiff's residency is in Sioux Falls, South Dakota grants him the private right of action, and EverQuote maintains no office within the state of South Dakota, and the address of EverQuote's registered agent within the forum in Pierre, SD shall have no bearing on venue pursuant to 59-11-21...the venue for the District of South Dakota nearest Plaintiff's residency in Minnehaha County is appropriate, and thus we are here in the District of South Dakota in its Sioux Falls location.

Pro-Se Plaintiff,

Joshua Lapin    Joshua Lapin

DocuSigned by:
Joshua Lapin    Joshua Lapin
1DE3D18A0C384C1...

4/18/2022    4/18/22

DocuSign Envelope ID: 8D31ECF1-5FA7-408D-B482-898190E5BB69

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

EverQuote Inc
John Doe Sender

**(b)** County of Residence of First Listed Plaintiff   Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Joshua Lapin, Pro-Se Plaintiff
401 E 8th St STE 214 PMB 7452
Sioux Falls SD 57103

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability — ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Slander   Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | Liability — ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine   Injury Product | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product   Liability | | | (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | Liability — **PERSONAL PROPERTY** | **LABOR** | | ☐ 485 Telephone Consumer |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | Protection Act |
| ☐ 196 Franchise | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| | Product Liability — ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 360 Other Personal   Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | Injury — ☐ 385 Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -   Product Liability | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | | |
| ☐ 245 Tort Product Liability | Accommodations — ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - — ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - — ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | Other — ☐ 550 Civil Rights | | | |
| | ☐ 448 Education — ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee -   Conditions of   Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
SDCL 37-24-41 et seq

Brief description of cause:
Alleged violations South Dakota Restrictions on Unsolicited Commercial Email

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   4/18/2022   ⟨1/18/22⟩

SIGNATURE OF ATTORNEY OF RECORD
DocuSigned by:
Joshua Lapin   Joshua Lapin, Pro-Se Plaintiff
1DE3D18A0C384C1...

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



