UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA A LAPIN<br><br>       Plaintiff,<br><br> vs.<br><br>EVERQUOTE INC, a/k/a EverQuote, and JOHN DOE SENDER, d/b/a BuzzBarrelReview.com, d/b/a dzlosurverys.com, d/b/a emailsjobsdelivered.com, d/b/a Entirelybelieve.com, d/b/a JobsDeliver.com, d/b/a expectcarecare.com, d/b/a JobSharkNL.com, d/b/a NationalShopperSurvey.com, d/b/a NationalSurveysOnline.com, d/b/a exigentmediagroup.com, d/b/a enrichedtechnologies.com, d/b/a ConsumerDigitalSurvey.com, d/b/a drivingmarketinggroup.com, d/b/a surveyandgetpaid.com, d/b/a tummyheadmediagroup.com, d/b/a thebestcreditcheck.com, d/b/a thefreetree.co, d/b/a dlzoffers.com, d/b/a nationaldigitalsurvey.com, d/b/a dealzingo.com, d/b/a rumorfox.com,<br><br>       Defendants. | 4:22-CV-04058-KES<br><br>JUDGMENT |

  In accordance with the order dismissing Lapin's claims against EverQuote (Docket 23) and John Doe Sender (Docket 31), it is

ORDERED, ADJUDGED, and DECREED that the above-captioned action is dismissed against EverQuote with prejudice, and dismissed against John Doe Sender without prejudice.

Dated May 4, 2023.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE