UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____Southern_____ DIVISION

Joshua Lapin ,

        Plaintiff/Petitioner,

vs.

Everquote Inc
John Doe Sender ,

        Defendant/Respondent.

CIV. 4:22-cv-04058-KES

**NOTICE OF APPEAL**

Notice is hereby given that ___Joshua Lapin___, Plaintiff/Petitioner above named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the ___Entry of Judgment___ (Judgment, Order, etc.) entered in this action on the __4__ day of __May__, 20_23_, AND Order Granting Motion To Dismiss entered in this action on the 17th day of February 2023. (please mind the effect of the motion to reconsider under Rule 59(e), and denial thereto, when computing the timeframe for appealing the latter).

Dated this __11__ day of _____May_____, 20_23_.

*Joshua Lapin* (signature)

Joshua Lapin
Plaintiff/Petitioner (Pro Se)
401 E 8th St STE 214 PMB 7452
Address
Sioux Falls    SD    57103
City           State     Zip Code