# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen	Telephone
Clerk of Court	(605) 330-6600

May 11, 2023

**TRANSMITTAL OF NOTICE OF APPEAL IN A CIVIL CASE**

1. **Case No. & Short Caption:**	4:22-cv-4058
	Lapin v. EverQuote Inc et al

2. **Date Notice of Appeal filed:**	May 11, 2023

3. **Have other appeals been filed in this**	No
   **case? If so, Appeal No.:**

4. **Court Reporter:**	N/A

5. **Fee Status:**

   ☒ **Paid**   ☐ **Not Paid**   ☐ **IFP granted**   ☐ **IFP Pending**

6. **Are there any other pending motions?**	No

   **If yes, list pending motions and**
   **document numbers:**	N/A

7. **If this is a §2255 or §2254 appeal, has**	N/A
   **there been a ruling on COA?**

8. **Additional comments:**	Filing Fee paid on May 11, 2023

	Office of the Clerk