# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2184
_____

Joshua A. Lapin

Plaintiff - Appellant

v.

EverQuote, Inc., also known as EverQuote; John Doe Sender, doing business as BuzzBarrelReview.com, doing business as dzlosurverys.com, doing business as emails-jobsdelivered.com, doing business as Entirelybelieve.com, doing business as JobsDeliver.com, doing business as expectcarecare.com, doing business as JobSharkNL.com, doing business as NationalShopperSurvey.com, doing business as NationalSurveysOnline.com, doing business as exigentmediagroup.com, doing business as enrichedtechnologies.com, doing business as ConsumerDigitalSurvey.com, doing business as drivingmarketinggroup.com, doing business as surveyandgetpaid.com, doing business as tummyheadmediagroup.com, doing business as thebestcreditcheck.com, doing business as thefreetree.co, doing business as dlzoffers.com, doing business as nationaldigitalsurvey.com, doing business as dealzingo.com, doing business as rumorfox.com

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:22-cv-04058-KES)
_____

**JUDGMENT**

Before BENTON, ERICKSON, and STRAS, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 14, 2024

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans